UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT

Civil Action Number: 03-30294-MAP

| | |
|---|---|
| WARREN PARTELOW,<br>  Plaintiff<br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>HAMPDEN COUNTY CORRECTIONAL<br>CENTER, MICHAEL ASHE JR., Sheriff of<br>Hampden County; THOMAS CONKLIN,<br>Superintendent of Health Services of<br>Hampden County Correctional Center, CPT.<br>WALKER, CPT. SADDI, and certain JOHN DOES,<br>  Defendants | **APPEARANCE** |

Please enter my appearance for the Plaintiff in the above-captioned civil matter.

Thank you for your attention to this matter.

October 6, 2003

Respectfully Submitted,
THE PLAINTIFF
By his attorney,

Alfred P. Chamberland
BBO#: 564151
9 Campus Lane -- PO Box 217
Easthampton, MA 01027
(413) 529-0404