DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
CIVIL ACTION NO. 02-30191-KPN

WARREN PARTELOW
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS, HAMPDEN COUNTY CORRECTIONAL CENTER, MICHAEL ASHE JR., SHERIFF OF HAMPDEN COUNTY, THOMAS CONKLIN, SUPERINTENDENT OF HEALTH SERVICES OF HAMPDEN COUNTY CORRECTIONAL CENTER, CPT. WALKER, CPT. SADDI, AND CERTAIN JOHN DOES
DEFENDANTS

### JOINT STATEMENT.

Pursuant to the Notice of Scheduling Conference, dated January 22, 2004, the parties hereby jointly propose the following Discovery Plan:

1. Within twenty-one (21) days after the Scheduling Conference, each party will make the Automatic Disclosures required by Fed.R.Civ.P. 26(a)(1).

2. The parties will serve interrogatories and requests for production of documents no later than June 28, 2004.

3. The parties will serve notices of depositions and requests for admissions no later than September 27, 2004.

4. All depositions and other discovery will be completed no later than November 26, 2004.

5. Motions for Summary Judgment will be filed, if at all, by December 27, 2004.

6. Final Pretrial Conference, if necessary, shall be scheduled for February 25, 2005.

_____          _____
Alfred P. Chamberland                    Edward J. McDonough, Jr.
Attorney for the Plaintiff               Attorney for the Defendant
BBO# 564151                              BBO#331590
9 Campus Lane                            Egan, Flanagan and Cohen, P.C.
Easthampton, MA 01027                    67 Market Street P. O. 9035
413-529-0404                             Springfield, MA  01102-9035
                                         (413) 737-0260

Dated: 2-25-04

2866-030351\partelowjointstatement.wpd