UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN PARTELOW,<br>        Plaintiff<br><br>    v.<br><br><br>COMMONWEALTH OF<br>MASSACHUSETTS, HAMPDEN<br>COUNTY CORRECTIONAL CENTER,<br>MICHAEL ASHE JR., Sheriff of<br>Hampden County, THOMAS CONKLIN,<br>Superintendent of Health Services of<br>Hampden County Correctional Center,<br>CPT. WALKER, CPT. SADDI, and<br>certain JOHN DOES,<br>        Defendants | Civil Action No. 03-30294-MAP |

<u>SCHEDULING ORDER</u>
February 27, 2004

NEIMAN, U.S.M.J.

    The following schedule was established at the initial scheduling conference held this day:

    1.    The parties shall complete their automatic disclosure by March 19, 2004.

    2.    Interrogatories and requests for production shall be served by June 28, 2004.

    3.    Non-expert deposition notices and requests for admissions shall be served by September 27, 2004.

    4.    Non-expert depositions shall be completed by November 26, 2004.

5.  Counsel shall appear for a case management conference on December 6, 2004 at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: February 27, 2004

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge