AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

PARTELOW _____ DISTRICT OF Commonwealth et al.

## APPEARANCE

Case Number: 02-30191-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Warren Partelow

Date: 2/27/04

Signature: [signature]

Print Name: RICHARD A. HADHAB

Address: 9 Campus Lane - Box 217

City: Easthampton   State: MA   Zip Code: 01027

Phone Number: (413) 529-0404