UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WARREN PARTELOW, )
          Plaintiff )
)
v. )    Civil Action No. 03-30294-MAP
)
)
COMMONWEALTH OF )
MASSACHUSETTS, et al., )
          Defendants )

SCHEDULING ORDER
December 6, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by January 14, 2005.

2. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by February 14, 2005.

3. All expert depositions shall be completed by March 18, 2005.

4. Counsel shall appear for a case management conference on March 22, 2005, at 10:00 a.m. in Courtroom Three.

5. If Plaintiff does not designate an expert, the case management conference is cancelled and Defendants shall file their motion for summary judgment by February 4, 2005, to which Plaintiff shall respond

by February 18, 2005.

IT IS SO ORDERED.

DATED: December 6, 2005

                                                  /s/ Kenneth P. Neiman
                                                  KENNETH P. NEIMAN
                                                  U.S. Magistrate Judge