# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

WARREN PARTELOW,
    Plaintiff
v.

COMMONWEALTH OF MASSACHUSETTS,
HAMPDEN COUNTY CORRECTIONAL
CENTER, MICHAEL ASHE JR., Sheriff of
Hampden County; THOMAS CONKLIN,
Superintendent of Health Services of
Hampden County Correctional Center, CPT.
WALKER, CPT. SADDI, and certain JOHN DOES,
    Defendants

Civil Action Number:

03-30294-MAP

## PARTIES' ASSENTED TO MOTION TO AMEND SCHEDULING ORDER

Now comes the Plaintiff and the Defendants and move this Honorable Court to amend its scheduling order which was issued on December 6, 2004. This motion is assented to by the parties and as reasons therefore, the Plaintiff states that it retained and identified an expert in this case, Dr. Charles L. Newman of Louisville, Kentucky, by January 14, 2005, however, due to the very extensive amount of material, particularly Mr. Partelow's medical records produced by the Hampden County House of Corrections, Dr. Newman requires until February 22, 2005 in order to produce a preliminary report and until March 4, 2005 in order to produce a final report.

Additionally, Dr. Newman is unavailable for expert deposition until the week of March 21, 2005 while the scheduling order calls for completion of expert depositions by March 18, 2005.

Wherefore, the Plaintiff requests, with the assent of the Defendant, that all scheduled dates be pushed forward by ninety (90) days and prays this motion be granted.

Respectfully submitted,
The Plaintiff
By his attorney,

Dated: February 24, 2005

Alfred P. Chamberland
BBO#: 564151
9 Campus Lane -- PO Box 217
Easthampton, MA 01027
(413) 529-0404

Respectfully submitted,
The Defendant
By their attorney,

Dated: February 24, 2005

Edward J. McDonough, Jr., Esquire   by APC
BBO#: 331590
Egan, Flanagan and Cohen, P.C.
67 Market Street - PO Box 9035
Springfield, MA 01102-9035
(413) 737-0260