UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN PARTELOW,<br>    Plaintiff<br><br>v.<br><br>COMMONWEALTH OF<br>MASSACHUSETTS, et al.,<br>    Defendants | Civil Action No. 03-30294-MAP |

SCHEDULING ORDER
March 18, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Amend Scheduling Order (Document No. 10) and revises the schedule as follows:

1. Plaintiff shall designate and disclose information regarding his trial experts as required by Fed. R. Civ. P. 26(a)(2) by April 1, 2005.

2. Defendants shall designate and disclose information regarding their trial experts as required by Fed. R. Civ. P. 26(a)(2) by May 2, 2005.

3. All expert depositions shall be completed by June 3, 2005.

4. Counsel shall appear for a case management conference on June 6, 2005, at 12:30 p.m. in Courtroom Three. The March 22, 2005 conference is cancelled.

IT IS SO ORDERED.

              /s/ Kenneth P. Neiman
              KENNETH P. NEIMAN
              U.S. Magistrate Judge