UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN PARTELOW,  )<br>　　　　　Plaintiff　)<br>　　　　　　　　　　)<br>v.　　　　　　　　　)<br>　　　　　　　　　　)<br>　　　　　　　　　　)<br>COMMONWEALTH OF　)<br>MASSACHUSETTS, HAMPDEN  )<br>COUNTY CORRECTIONAL CENTER,  )<br>MICHAEL ASHE, JR., Sheriff of　)<br>Hampden County; THOMAS CONKLIN, )<br>Superintendent of Health Services of　)<br>Hampden County Correctional Center,  )<br>CPT. WALKER, CPT. SADDI, and　)<br>certain JOHN DOES,　　)<br>　　　　　Defendants  ) | Civil Action No.  03-30294-MAP |

## SCHEDULING ORDER
June 8, 2005

NEIMAN, U.S.M.J.

　　The following schedule was established at the case management conference this day:

　　1.　Defendants shall file their motion for summary judgment by August 17, 2005, or inform the court in writing by that date that no such motion will be filed.

　　2.　Plaintiff shall file his opposition to Defendants' motion, if any, by September 2, 2005, to which Defendants may reply by September 9, 2005.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Case 3:03-cv-30294-MAP    Document 12    Filed 06/08/2005    Page 2 of 2