UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 03-30294-MAP

WARREN PARTELOW
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS, HAMPDEN COUNTY CORRECTIONAL CENTER, MICHAEL ASHE, JR., SHERIFF OF HAMPDEN COUNTY; THOMAS CONKLIN, SUPERINTENDENT OF HEALTH SERVICES OF HAMPDEN COUNTY CORRECTIONAL CENTER, CPT. WALKER, CPT. SADDI, AND CERTAIN JOHN DOES,
DEFENDANTS

## APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| Exhibit | Document | Page |
|---|---|---|
| 1 | Hampden County Correctional Center Medical Records of Warren Partelow | 1 |
| 2 | Verified Complaint | 189 |
| 3 | Answer | 208 |
| 4 | Plaintiff's Answers to Defendant's Interrogatories | 219 |
| 5 | Defendant's Answers to Plaintiff's Interrogatories | 232 |
| 6 | Deposition of Warren Partelow | 241 |
| 7 | Affidavit of Robin Powell | 281 |
| 8 | Affidavit of Kathleen Wyler | 285 |
| 9 | Classification and Movement Record of W. Partelow | 289 |
| 10 | Health Services 2001 Diary | 295 |
| 11 | Defendant's Supplemental Answers to Plaintiff's Interrogatories | 330 |
| 12 | January 10, 2001 Special Management Inmate Hearing Form | 337 |
| 13 | Notes, Sheriff Ashe follow-up re: request of Inmate Partelow | 338 |

Respectfully submitted, the Defendants

By Their Attorneys
Edward J. McDonough, Jr., Esq. BBO# 331590
Katherine J. Aertker, Esq., BBO# 657765
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

The above swears under the pains and penalties of perjury that the attached are true and accurate copies.