**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| WARREN PARTELOW, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMONWEALTH OF MASSACHUSETTS, | ) | Civil Action Number: |
| HAMPDEN COUNTY CORRECTIONAL | ) | |
| CENTER, MICHAEL ASHE JR., Sheriff of | ) | 03-30294-MAP |
| Hampden County; THOMAS CONKLIN, | ) | |
| Superintendent of Health Services of | ) | |
| Hampden County Correctional Center, CPT. | ) | |
| WALKER, CPT. SADDI, and certain JOHN DOES, | ) | |
| Defendants | ) | |

## PLAINTIFF'S ASSENTED TO MOTION TO AMEND SCHEDULING ORDER

Now comes the Plaintiff Warren Partelow and, with the Assent of the Defendant, moves

to amend the Court's Scheduling Order dated June 8, 2005 to allow time for Plaintiff's counsel to

respond to the Defendant's Motion for Summary Judgment. Plaintiff requests that the portion of

the Court's Scheduling Order regarding the date for Plaintiff's response to Defendant's summary

judgment be amended to allow until September 12, 2005. The current date is September 2, 2005.

Further, Plaintiff requests that Defendant be given to September 22, 2005 to make any rebuttal.

As reasons therefore, Plaintiff counsel's trial schedule requires his presence in Court each

day and includes three (3) trials during the next two (2) weeks.

Wherefore, the Plaintiff requests, with the assent of the Defendant, that Plaintiff be

allowed until September 12, 2005 to response to the Defendant's Summary Judgment motion.

ASSENTED TO,                                Respectfully submitted,
for the Defendant:                           The Plaintiff
                                             By his attorney,

Edward J. McDonough, Jr., Esq.
Dated: August 29, 2005                       Alfred P. Chamberland

BBO#: 564151
9 Campus Lane -- PO Box 217
Easthampton, MA 01027
(413) 529-0404


CERTIFICATE OF SERVICE

I, Alfred P. Chamberland, hereby certify that a true and accurate copy of the above document was served upon record counsel by Fax and postage, prepaid, First Class US Mail on August 29, 2005 to:

Edward J. McDonough, Jr., Esquire
Egan, Flanagan and Cohen, P.C.
67 Market Street - PO Box 9035
Springfield, MA 01102-9035

_____
Alfred P. Chamberland