UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NUMBER: 03-30294-MAP

————————————

WARREN PARTELOW,
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS,
HAMPDEN COUNTY CORRECTIONAL CENTER,
MICHAEL ASHE JR., SHERIFF OF HAMPDEN COUNTY;
THOMAS CONKLIN, SUPERINTENDENT OF HEALTH SERVICES OF
HAMPDEN COUNTY CORRECTIONAL CENTER, CPT. WALKER,
CPT. SADDI, AND CERTAIN JOHN DOES,
DEFENDANTS

————————————

## AFFIDAVIT OF ROBIN M. POWELL

I, Robin Powell, being duly sworn, state as follows:

1. I am an Assistant Superintendent at the Hampden County Correctional Center (hereinafter "HCCC"). I report directly to the Sheriff of Hampden County, Michael J. Ashe, Jr..

2. Warren Partelow was incarcerated at HCCC between January 2nd and May 22, 2001.

3. During the time that Mr. Partelow was incarcerated in 2001, the showers in the housing units at HCCC underwent renovations. When the handicap accessible shower in Mr. Partelow's pod became temporarily unavailable due to the renovations, several different arrangements were made in an attempt to accommodate him so that he could shower safely.

4. On January 5, 2001, Mr. Partelow was transferred to Pod A-1. *See* App. 290.

5. On January 10, 2001, Mr. Partelow spoke with Sheriff Ashe during one of the sheriff's routine inspections of the jail. At that time, Mr. Partelow mentioned to Sheriff Ashe that he had fallen twice previously in the showers, but Mr. Partelow but not previously reported these accidents, and provided no details and described no injuries and failed to report these alleged falls on the dates

and times they are alleged to have occurred. *See* App. 338

6.   Following Mr. Partelow's conversation with Sheriff Ashe, Mr. Partelow was transferred from Pod A-1 to Pod C-3 on January 10, 2001, with "all C3 privileges" *(See* App. 337) and where he had access to a handicap accessible shower while the showers in A Tower were renovated. *See* App. 290.

7.   Pod C-3 is used to house inmates who are classified as special management, because they pose a threat to the safety of themselves and others and to security and the orderly management of the facility, inmate privileges in Pod C-3 are restricted. Mr. Partelow, however, was moved <u>temporarily</u> to Pod C-3 <u>solely</u> for the purpose of providing him access to handicapped accessible showers while the showers in Pod A-1 were being renovated.

8.   Upon being transferred, Mr. Partelow almost immediately requested that he be transferred out of Pod C-3. He advised the Classification Board that "he did not want to stay here in C3 if he gets non-contact visits" and that he would "rather stay in Davis [A] One." *See* App. 257. We assented to his request and moved him to back to Pod A-1, where he knew renovations of the showers were still in progress, on January 12, 2001. *See* App. 291.

9.   Due to the fact that the handicapped accessible shower in his housing unit was still being renovated, an order was written on January 13, 2001, instructing that Mr. Partelow could shower in the Department of Health Services. *See* App. 153.

10.  On January 30, 2001, Mr. Partelow was moved to Pod. C-4, where he had access to handicapped accessible showers. *See* App. 292.

11.  On January 31, 2001, Mr. Partelow was moved to Pod B-2. *See* App. 292.

12.  On February 6, 2001, Mr. Partelow submitted an inmate Grievance Form, wherein he requested access to a handicap accessible shower while the showers in Pod B-2 were being renovated. *See* App. 278.

13.  On February 7, 2001, I spoke with Dr. Thomas Conklin regarding Mr. Partelow's request, and we determined that Mr. Partelow would be allowed

2

to shower in the Department of Health Services while the showers in Pod B-2 were being renovated.

14. Thereafter, I spoke with Kathy Wyler R.N. Clinical Nurse Specialist to coordinate the accommodation in the Department of Health Services for Mr. Partelow during the renovations to the showers in his pod.

15. On February 8, 2001, I replied in writing to Mr. Partelow, informing him that he would be able to shower in the Department of Health Services, and apologizing for the inconvenience while the showers were being renovated in the unit. I explained to him that each pod would have a handicapped accessible shower after the renovations. *See* App. 278.

16. The records document that Mr. Partelow did, in fact, shower in Health Services some 23 times on January 13, 2001, January 14, 2001, January 17, 2001, January 18, 2001, January, 19, 2001, January 22, 2001, January 23, 2001, January 24, 2001, January 25, 2001, January 26, 2001, January 27, 2001, January 28, 2001, January 29, 2001, January 31, 2001, February 1, 2001, February 9, 2001, February 10, 2001, February 11, 2001, February 12, 2001, February 13, 2001, February 14, 2001, February 15, 2001 and February 16, 2001. These appointments are documented in either Mr. Partelow's medical records (App. p. 1-188) or Health Services 2001 Diary (App. pp. 295-329)

17. I have absolutely no record, and received no report or grievance concerning any problems accommodating Mr. Partelow for the purpose of showers in the Health Services Department. The absence of any incident reports indicates to me that there were no problems with Mr. Partelow showering in Health

3

Services. Neither I, nor anyone else to my knowledge, ever terminated Mr. Partelow's showers in the Health Services Department. These showers were arranged by me through Kathy Wyler, R.M., for the specific purpose of accommodating Mr. Partelow. We would have had no reason to discontinue the practice.

Signed under the pains and penalties of perjury this 16th day of August, 2005.

Robin M. Powell
Assistant Superintendent of the
Hampden County Correctional
Center

0056-030351\96183.wpd

4

IN THE MATTER OF:

WARREN PARTELOW vs. COMMONWEALTH OF MASS. ET AL

---

DEPOSITION OF:

WARREN PARTELOW
DATE: NOVEMBER 16, 2004

---

## PERLIK and COYLE REPORTING
### *Certified Professional Reporters*

*1331 Main Street*
*Springfield, MA 01103*
*Tel.(413) 731-7931   Fax(413) 731-7451*

## COMPRESSED TRANSCRIPT & WORD INDEX

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 03-30294-MAP
Pages 1-104

WARREN PARTELOW

vs.

COMMONWEALTH OF MASSACHUSETTS ET AL

-------------------------------
**DEPOSITION OF: WARREN PARTELOW**
-------------------------------

Taken before Joanne Coyle, Certified
Shorthand Reporter, Notary Public, pursuant
to the Federal Rules of Civil Procedure, at
the offices of Egan, Flanagan and Cohen,
P.C., 67 Market Street, Springfield,
Massachusetts on November 16, 2004,
commencing at 10:30 a.m.

Joanne Coyle
Certified Shorthand Reporter
License No. 106693

**PERLIK and COYLE REPORTING**
Certified Professional Reporters

1331 Main Street
Springfield, MA 01103
Tel. (413) 731-7931    Fax (413) 731-7451

---

APPEARANCES:

FOR THE PLAINTIFF:

LAW OFFICE OF ALFRED P. CHAMBERLAND
9 Campus Lane
Easthampton, Massachusetts 01027
BY:  RICHARD HABHAB

FOR THE DEFENDANTS:

EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street
Springfield, Massachusetts 01103
BY:  EDWARD J. McDONOUGH, JR., ESQUIRE

---

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| WARREN PARTELOW | 5 | 99 | | |

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Photographs | |
| 2-4 | Photographs | 34 |
| 5-9 | Photographs | 35 |
| 10 | Notes Re Ashe Conversation | 52 |
| 11 | Grievance Form | 67 |
| 12 | Inmate Request Form | 77 |
| 13 | Incident Report Form | 88 |
| | | 90 |

---

S T I P U L A T I O N S

It is agreed by and between the parties
that all objections, except objections as to the
form of the question, are reserved to be raised at
the time of trial for the first time.

It is further agreed by and between the
parties that all motions to strike unresponsive
answers are also reserved to be raised at the time
of trial for the first time.

It is further agreed that the deponent will
waive the reading and signing of the deposition
and that the sealing of said deposition will be
waived.

It is further agreed by and between the
parties that notification to all parties of the
receipt of the original deposition transcript is
also hereby waived.

*****

**5**

```
1        WARREN PARTELOW, the Deponent, having been
2   satisfactorily identified by the production of his
3   driver's license and having been first duly sworn
10:35:46  4   by the Notary Public, deposes and says as follows:
10:35:46  5                    * * * * *
6             DIRECT EXAMINATION BY MR. McDONOUGH
10:36:06  7   Q.   Can we have your name, please?
10:37:28  8   A.   Warren Francis Partelow.
10:37:32  9   Q.   Where do you live?
10:37:32 10   A.   35 Emeril Road in Springfield --
10:37:45 11   E-M-E-R-I-L.
10:37:45 12   Q.   Do you rent or do you own there,
10:37:47 13   Mr. Partelow?
10:37:48 14   A.   It's my wife's house.
10:37:49 15   Q.   Are you married?
10:37:50 16   A.   Yes; I got married in June.
10:37:53 17   Q.   Of '04?
10:37:54 18   A.   Yes.
10:37:55 19   Q.   Congratulations.
10:37:56 20   A.   Thank you.
10:37:57 21   Q.   That's not your first marriage, though,
10:37:59 22   is it?
10:38:00 23   A.   No.
10:38:00 24   Q.   How many times have you been married?
```

**6**

```
10:38:02  1   A.   This is my third -- third and last.
10:38:04  2   Q.   Do you have children?
10:38:08  3   A.   Yes; I do.
10:38:09  4   Q.   How many do you have?
10:38:10  5   A.   I have five.  They are all full grown.
10:38:15  6   Q.   Do you have any plans to relocate?
10:38:21  7   A.   Not at this point; no.
10:38:23  8   Q.   Mr. Partelow, let me introduce myself.
10:38:27  9   My name is Ed McDonough.  I represent the
10:38:31 10   defendants -- all the defendants who you've sued
10:38:33 11   in this case and I have some questions for you.
10:38:35 12        Basically what I'm going to be asking
10:38:37 13   you about is questions about yourself and your
10:38:39 14   history -- your medical history, going back.
10:38:42 15   Also, I'm going to be asking you some questions
10:38:45 16   about how you're doing now.
10:38:48 17   A.   Okay.
10:38:48 18   Q.   And also some questions about the
10:38:51 19   incident that you allege in your complaint.  If
10:38:54 20   you don't understand any of my questions, let me
10:38:56 21   know; I'll be happy to rephrase them.
10:38:58 22        If you need to take a break, go to the
10:39:00 23   men's room, let me know.  I'll try to move it
10:39:03 24   along.
```

**7**

```
10:39:03  1   A.   Some of the medical stuff, once I hear
10:39:05  2   it, I can just refresh it in my mind.
10:39:08  3   Q.   If you don't remember, just tell me.
10:39:10  4   A.   Okay.
10:39:11  5   Q.   I don't want you guessing.
10:39:12  6   A.   All right.
10:39:12  7   Q.   If you are guessing, at least tell me
10:39:16  8   you're guessing so I know it's a guess.
10:39:18  9   A.   All right.
10:39:18 10   Q.   Let me ask you how you are doing right
10:39:21 11   now, these days?  Are you working right now?
10:39:23 12   A.   No; I just got recasted for a new leg on
10:39:29 13   Wednesday -- last Wednesday -- because I'm still
10:39:33 14   having problems with the stump, after surgery.
10:39:38 15   Q.   Let me ask you a little bit about that.
10:39:42 16   Who are you treating for your leg right now?
10:39:44 17   A.   Right now Doctor Snow and Doctor
10:39:51 18   Goodman.
10:39:51 19   Q.   Is that Doctor Robert Goodman?
10:39:53 20   A.   Yes.
10:39:54 21   Q.   He's the vascular surgeon?
10:39:56 22   A.   Yes.
10:39:56 23   Q.   And you've treated with Doctor Goodman
10:39:59 24   for a number of years, is that correct?
```

**8**

```
10:40:01  1   A.   Yes.
10:40:02  2   Q.   Doctor Snell, did you say?
10:40:05  3   A.   Doctor Snow.
10:40:06  4   Q.   And you've treated with him before?
10:40:08  5   A.   Right.
10:40:00  6   Q.   Are you still treating with Doctor
10:40:11  7   Panitch?
10:40:13  8   A.   I see him only if, as a backup, if
10:40:18  9   Doctor Goodman is on vacation or booked, then I go
10:40:26 10   to Doctor Panitch.
10:40:26 11   Q.   Is Snow an orthopedic guy?
10:40:28 12   A.   Just a regular doctor.
10:40:29 13   Q.   General practitioner?
10:40:31 14   A.   General practice.  I went there a couple
10:40:33 15   of months back and had a physical.  I had him
10:40:36 16   check the leg out because I was getting abrasions
10:40:39 17   on the side.  He said everything looked -- he
10:40:41 18   wasn't sure.  He said everything to him looked
10:40:43 19   okay.
10:40:46 20        He's not a vascular surgeon so he told
10:40:47 21   me to follow up with Doctor Goodman, which I did.
10:40:49 22   Q.   What do you mean, getting abrasions on
10:40:52 23   the side?
10:40:52 24   A.   What happens is the skin breaks down.
```

**9**

10:40:57  1   When the prosthetic doesn't fit right, it's like a
10:41:02  2   warning sign telling me it is time for a new one.
10:41:06  3        Q.   When you say the skin breaks down?
10:41:06  4        A.   I get ulcers.
10:41:10  5        Q.   Bleeding --
10:41:11  6        A.   (Interposing) Bleeding, ulcers, I'll get
10:41:14  7   a hole about the size -- it will start out as the
10:41:18  8   size of your pen head and if I don't -- I try to
10:41:23  9   squeeze what I can out of it and take care of it
10:41:25 10   that way, soak it, and then if it doesn't go down,
10:41:28 11   then I go to the doctor.
10:41:30 12        I call the doctor and tell him what's
10:41:33 13   going on and I tell him what I've done -- because
10:41:36 14   I've done that before and everything seemed okay.
10:41:39 15   If it gets infected, then I'm in deep trouble.
10:41:42 16        Q.   Over the years -- your leg was
10:41:45 17   amputated. In what year did that occur?
10:41:48 18        A.   '94.
10:41:49 19        Q.   Over the years, have you had more than
10:41:52 20   one prosthetic?
10:41:55 21        A.   Yes.
10:41:55 22        Q.   How many have you had?
10:41:57 23        A.   When I first got it, I had a training
10:41:59 24   leg which was just to get me to learn my balance

**10**

10:42:03  1   and stuff.
10:42:07  2        I'd say over the years I've had maybe
10:42:17  3   twelve or fourteen legs.
10:42:18  4        Q.   I've looked at your medical records so I
10:42:20  5   have a sense of this but is it correct that over a
10:42:22  6   period of time, they just kind of wear out?
10:42:24  7        A.   Yes; what happens is the leg, over the
10:42:30  8   years, it shrinks down. They make it to fit the
10:42:42  9   leg and in the last couple of years, it shrinks
10:42:43 10   down.
10:42:43 11        Q.   What shrinks?
10:42:47 12        A.   The skin, the tissue in the leg. It
10:42:50 13   swells up in the stump and it shrinks.
10:42:53 14        Q.   And you start having irritation issues
10:42:55 15   with the skin and the old prosthesis?
10:42:59 16        A.   Right. Because if it's too tight I go
10:43:04 17   and they can adjust it, but they can only adjust
10:43:05 18   it so many times and they have to make up a new
10:43:06 19   one.
10:43:06 20        Q.   And they start the process all over
10:43:11 21   again?
10:43:11 22        A.   Yes.
10:43:12 23        Q.   When you get a new prosthesis, is there
10:43:16 24   a breaking-in period?

**11**

10:43:17  1        A.   They want me to use it a couple of hours
10:43:19  2   a day to break it in. I do that and then I get on
10:43:23  3   my crutches for awhile. They want me to alternate
10:43:27  4   to make sure there's not going to be a problem.
10:43:31  5        The leg they made for me this last time,
10:43:35  6   it's a backup leg for this one. When I went to
10:43:38  7   him, he told me right now I'm at the point where
10:43:41  8   I'm pretty much done shrinking so whatever they
10:43:44  9   make up, in a couple of years I might have to go
10:43:46 10   back because, like I say, they can only adjust
10:43:50 11   them so many times and parts do wear out. The
10:43:52 12   metal bars, they do break.
10:43:55 13        Q.   Before I move on, just so I understand
10:43:57 14   it, when you get a new one and there's this
10:44:00 15   breaking-in period, will that sometimes cause
10:44:04 16   irritation to the skin or the stump?
10:44:06 17        A.   No; what they do if the irritation is
10:44:09 18   real bad, they won't make it up at all until it's
10:44:14 19   treated.
10:44:14 20        Q.   So now you have a healed stump and you
10:44:17 21   get a new prothesis, there's a breaking-in period?
10:44:22 22        A.   Yes.
10:44:22 23        Q.   Have you had some irritation breaking in
10:44:25 24   a new one?

**12**

10:44:25  1        A.   Yes; some irritation where I've either
10:44:28  2   kept it on too long to get used to it or it got
10:44:33  3   red. No abrasions, but they say it's common.
10:44:36  4        Q.   Is it kind of like -- maybe a silly
10:44:40  5   example -- like breaking in a new pair of shoes?
10:44:42  6        A.   Pretty much.
10:44:44  7        Q.   If you wear a new pair of shoes, you
10:44:46  8   might pick up a blister?
10:44:48  9        A.   Yes; when they make a new one, I'm
10:44:51 10   bearing two hundred forty pounds on the one --
10:44:55 11   into a socket, a piece of plastic. It's carrying
10:45:00 12   most of my weight.
10:45:01 13        Q.   Let me ask you, how tall are you?
10:45:03 14        A.   Six feet.
10:45:04 15        Q.   What do you weigh?
10:45:07 16        A.   I weigh two forty.
10:45:09 17        Q.   Have you weighed pretty much that for a
10:45:13 18   number of years?
10:45:13 19        A.   No; I just recently started, just about
10:45:17 20   a year, I put on weight.
10:45:18 21        Q.   The weight is up?
10:45:19 22        A.   Right.
10:45:19 23        Q.   In 2001 when you were at the Hampden
10:45:23 24   County Correctional Center, what was your weight?

13

1  About ten pounds less than it is now?

2      A.  It was about two twenty -- give or take,

3  two eighteen, two twenty, something like that.

4      Q.  When you were at the Hampden County

5  Correctional Center, did you get a new prosthesis?

6      A.  No.

7      Q.  You didn't?

8      A.  No.

9      Q.  I thought I saw some record in there

10  that you did?

11     A.  No; I had a prosthetic but they wouldn't

12  let me take it in with me.

13        When I first went there in 2001, what

14  had happened was my skin was breaking down because

15  the prosthetic wasn't fitting right.  I was -- I

16  lost too much weight where it wasn't fitting me

17  right.

18     Q.  This is when you were in jail in 2001?

19     A.  When I first got there I explained to

20  them that it was swollen and they gave me

21  antibiotics to take and I told Joe about it.  They

22  were good.  They gave me the same type of

23  medicine.

24        I explained to them about I couldn't

14

1  wear it, because it was too swollen, but

2  eventually they did give it to me once I was

3  healed up.

4      Q.  That prosthetic, was that a fairly new

5  leg?

6      A.  That was -- I've had it for like about a

7  year and a half.

8      Q.  Did you still consider that to be new --

9  a year and a half?

10     A.  Pretty much.

11     Q.  When you came to the jail, so I

12  understand it, you had some swelling and you had

13  some difficulty with fitting the prosthesis?

14     A.  Well, the leg, itself, I put it on and

15  it was -- my leg was just like swollen.  Because

16  of not having my shrinker with me, it just blew

17  up.

18        How can I explain it?  It's like

19  taking -- if you leave something in the

20  refrigerator, in the freezer, you now how it

21  expands because of the cold?

22     Q.  Yes.

23     A.  That's what happened.  My leg got cold,

24  basically, and it just swelled.  I couldn't fit

15

1  the leg on.

2      Q.  This is when you first came to the jail

3  in '01?

4      A.  Right.

5      Q.  Because it was cold, it swelled?

6      A.  Right.

7      Q.  And did you say you didn't have your

8  shrinker with you?

9      A.  Right.

10     Q.  What is that?

11     A.  It's a stocking that the hospital gives

12  you.  It's about this long and it's got a ring in

13  the middle.  You slide one side on and you fold

14  the other side and pull it over it.

15        What it does is compresses the skin and

16  the bones together and it keeps you from swelling

17  up.

18     Q.  Why didn't you have that with you?

19     A.  When I got arrested, they wouldn't let

20  me take it with me.  They thought I was going to

21  hang myself with it.

22     Q.  Is this the police?

23     A.  Yes.

24     Q.  When you went with the police, not the

16

1  jail?

2      A.  I had asked them for it.

3      Q.  Who did you ask for it?

4      A.  I asked the jail if I could have it and

5  they said no, because they were afraid that I was

6  going to hang myself in the cell.  I'm like, I'm

7  not going to hang myself.

8      Q.  Did you ever get one of these shrinkers?

9      A.  Eventually.  Almost towards the end of

10  my stay there.

11        It was like three days to go and they

12  decided to give me one.  Three or four days, they

13  decided to give me a shrinker.

14     Q.  Just so I can move on, you had this

15  swelling -- is it okay to call it the stump?

16     A.  Yes.

17     Q.  You had the swelling of the stump.  That

18  caused you to be -- some irritation so you

19  couldn't use your prothesis?

20     A.  Right.

21     Q.  So you took it off for a period of time?

22     A.  They kept it in lockup.  In the jail,

23  they kept it locked up.

24        The medical staff said I couldn't use it

PERLIK and COYLE REPORTING

**17**

10:49:18  1    because of the way it was.  I said okay.

10:49:20  2        Q.    Did you agree with that?

10:49:21  3        A.    I agreed with them but I had told them

10:49:25  4    if they gave me a shrinker -- an amputee knows --

10:49:33  5    so I can wear it and they said no, I couldn't have

10:49:37  6    it.

10:49:37  7        Q.    Who said no?

10:49:38  8        A.    It was one of the guards.  I don't

10:49:39  9    remember his name offhand.  It was when I went

10:49:43 10    to -- not the three-day-stay part but when I got

10:49:46 11    to my permanent house, I had asked them for it and

10:49:49 12    they said no, they had to clear it through

10:49:52 13    Medical.

10:49:52 14            I went up and I talked to Medical and I

10:49:54 15    told them and they said no, I couldn't have it.

10:49:57 16        Q.    Do you know who in Medical told you that

10:49:59 17    you couldn't have it?

10:50:00 18        A.    One of the nurses up there.

10:50:02 19        Q.    Do you know who?

10:50:03 20        A.    No; I don't remember.  They said I could

10:50:05 21    use my leg as a weapon.

10:50:07 22        Q.    I'm confused.  They wouldn't let you

10:50:12 23    have the leg or the shrinker?

10:50:14 24        A.    I told them I needed -- if they would

**18**

10:50:18  1    have gave me the shrinker so I could wear my leg

10:50:21  2    and they said no to both because they said I could

10:50:24  3    use my leg as a weapon and I could just hang

10:50:27  4    myself with the thing.

10:50:28  5            That's what they were afraid of.  I'm

10:50:31  6    like:  I'm not going to do that.

10:50:33  7        Q.    While you were in the jail -- I'm going

10:50:36  8    to just call it the jail.  When I say jail, I mean

10:50:40  9    the Hampden County Correctional Center?

10:50:41 10        A.    Right.

10:50:42 11        Q.    You were not allowed to use your

10:50:44 12    prosthetic leg at all?

10:50:46 13        A.    No; I had to fight with them to give me

10:50:48 14    a wheelchair.

10:50:49 15        Q.    Did you get a wheelchair?

10:50:51 16        A.    Eventually.

10:50:52 17        Q.    Did you also get crutches?

10:50:53 18        A.    I asked Medical for crutches and they

10:50:56 19    said they couldn't do it.

10:50:57 20        Q.    Are you telling me you never got

10:50:59 21    crutches?

10:50:59 22        A.    I never got crutches.

10:51:00 23        Q.    But you're telling me you did get the

10:51:03 24    wheelchair?

**19**

10:51:03  1        A.    I did get the wheelchair.

10:51:05  2        Q.    We kind of digressed a little bit but we

10:51:13  3    covered some important ground.

10:51:13  4            I want to get back to how you're doing

10:51:19  5    now.  You have a fairly new leg?

10:51:22  6        A.    This one here is almost a year old.

10:51:30  7    When I went to him, he said that they can't adjust

10:51:33  8    this one any more so I got casted for a new one

10:51:37  9    and that should be ready some time next week.

10:51:41 10        Q.    Who did that for you?  Is that Doctor

10:51:45 11    Goodman, you said?

10:51:46 12        A.    No; I got to a prosthetic place.

10:51:53 13        Q.    Is it local?

10:51:54 14        A.    Yes.

10:51:54 15        Q.    Is it in West Springfield -- Hayes?

10:51:56 16        A.    No; not Hayes.  It's Orthotic and

10:52:15 17    Prosthetic Labs on Main Street, that new building

10:52:15 18    they just put up on Birney Avenue.

10:52:18 19        Q.    Down in the North End?

10:52:19 20        A.    Yes.

10:52:20 21        Q.    You told me you're still treating with

10:52:24 22    Doctor Goodman?

10:52:25 23        A.    Right.

10:52:25 24        Q.    You're still treating with Doctor Snow?

**20**

10:52:29  1        A.    Right.

10:52:30  2        Q.    Are you still treating with Doctor

10:52:32  3    Panitch.

10:52:34  4        A.    He was the surgeon on call when I came

10:52:36  5    home.  There was a big lump that I sustained when

10:52:43  6    I got out of jail and what had happened was I had

10:52:49  7    it when I was in jail.  They couldn't do any

10:52:52  8    surgery on me until I got home.

10:52:54  9            It was -- it started out real small,

10:52:57 10    about this big.  I thought it was just a lump from

10:53:01 11    pressure or something.  He took a look at it and

10:53:04 12    it grew and it grew.  He said no, it was a big

10:53:07 13    abscess and they had to cut it out.  It was like a

10:53:10 14    tumor inside.

10:53:11 15        Q.    Was it something growing on the bone?

10:53:13 16        A.    It was in between the skin and the bone

10:53:16 17    and it was pushing against the blood vessel, the

10:53:19 18    arteries in there.  He said if it wasn't removed,

10:53:22 19    it could kill me.

10:53:23 20        Q.    Was this Doctor Panitch?

10:53:27 21        A.    This is Doctor Panitch.

10:53:27 22        Q.    Did Doctor Panitch tell you it was a

10:53:30 23    tumor?

10:53:30 24        A.    He explained it.  He said it was like a

Case 4:2004cv40168 Document 16-3   Filed 09/12/2005   Page 12 of 34

**21**

10:53:30 1 tumor in between. That's the only way he could
10:53:33 2 describe it to me.
10:53:34 3        Q.    Was it a tumor?
10:53:35 4        A.    It was a cyst.
10:53:37 5        Q.    A cyst?
10:53:38 6        A.    Yes.
10:53:38 7        Q.    Did you say you started to develop this
10:53:42 8 when you were still in jail?
10:53:43 9        A.    Yes.
10:53:43 10       Q.    You got out in May, didn't you?
10:53:45 11       A.    I got out in May.
10:53:46 12       Q.    Do you remember the date?
10:53:47 13       A.    Not offhand.
10:53:48 14       Q.    Had you started to develop this cyst
10:53:51 15 while you were in the jail?
10:53:53 16       A.    What had happened was when I fell from
10:53:56 17 taking a shower, I hit the floor and it swelled.
10:54:02 18 I just grabbed my stump and I sat there. One of
10:54:06 19 the other inmates wheeled me into my cell.
10:54:17 20       What had happened was they -- I told the
10:54:20 21 guard about it. I wanted to see Medical
10:54:24 22 because -- the only way to explain the pain would
10:54:28 23 be like taking a hammer and hitting your thumb
10:54:40 24 with it but it's like -- it makes you feel like,

**22**

10:54:44 1 when you hit a bone, like if you hit your elbow on
10:54:48 2 a table or something, you get like that stinging
10:54:50 3 but it was like five times as worse as that.
10:54:53 4        Q.    When you fell in the -- you fell -- did
10:55:01 5 you fall more than once in the shower?
10:55:03 6        A.    Yes.
10:55:05 7        Q.    How many times did you fall?
10:55:05 8        A.    I fell seven times in there because --
10:55:09 9        Q.    (Interposing) Each time you fell, did
10:55:10 10 you experience extreme pain like you just
10:55:13 11 described to me?
10:55:14 12       A.    Yes; because I explained to them that I
10:55:17 13 needed a handicapped shower.
10:55:19 14       When I first got there, they had them
10:55:21 15 there. Then they were doing the showers over with
10:55:26 16 stainless steel and I had asked them is there
10:55:31 17 handicapped shower bars going back up and they
10:55:34 18 said no. I said how do you expect me to take a
10:55:38 19 shower; they said with this chair.
10:55:41 20       I said I can't use a chair like that,
10:55:43 21 because even though it's a resin chair, it's not a
10:55:46 22 shower chair. That's all they could provide for
10:55:54 23 me.
10:55:54 24       Q.    Let me get this straight. When you

**23**

10:55:57 1 first came into the jail in -- is this now 2001?
10:56:01 2        A.    Right.
10:56:01 3        Q.    They did have handicapped showers?
10:56:03 4        A.    Right.
10:56:04 5        Q.    What tower were you in when you first
10:56:07 6 came in?
10:56:07 7        A.    When I first came in, they put you in
10:56:10 8 the holdover -- new-man pen.
10:56:14 9        Q.    Is that in C?
10:56:15 10       A.    Yes; that's in C. I was in B. They
10:56:19 11 transferred me over to B Tower. They had to keep
10:56:24 12 me on the first floor because I was -- so I was in
10:56:29 13 B 2.
10:56:30 14       Q.    Do you know Robin Powell? Does that
10:56:34 15 ring a bell at all to you?
10:56:36 16       A.    That's sounds familiar.
10:56:37 17       Q.    If I tell you he was the superintendent
10:56:40 18 in charge of B Tower, does that help you? Do you
10:56:44 19 remember him? If you don't, just tell me.
10:56:46 20       A.    The name sounds familiar.
10:56:47 21       Q.    Do you have picture of him?
10:56:50 22       A.    I have a picture in my mind but I don't
10:56:52 23 know him.
10:56:53 24       Q.    Who do you see?

**24**

10:56:54 1        A.    If it was the same person I'm thinking
10:56:56 2 of?
10:56:56 3        Q.    Yes.
10:56:57 4        A.    This guy, dark hair.
10:56:58 5        Q.    Tall, short, thin?
10:57:00 6        A.    Kind of real thin guy.
10:57:04 7        Q.    Tall?
10:57:05 8        A.    Drawn face a little bit, tall guy, he
10:57:09 9 was like a captain or something.
10:57:10 10       Q.    Uniform or plainclothes?
10:57:12 11       A.    When I seen him, he was in a white
10:57:15 12 shirt.
10:57:15 13       Q.    I think we're thinking of the same guy;
10:57:18 14 okay.
10:57:22 15       So when you first went into C in the
10:57:24 16 new-man unit, was there handicapped showers there?
10:57:28 17       A.    What they did, it was just a holding pen
10:57:31 18 for three days.
10:57:32 19       Q.    I understand.
10:57:33 20       A.    Their showers, they are handicapped
10:57:37 21 showers.
10:57:37 22       Q.    And then you went over to B?
10:57:39 23       A.    Right.
10:57:39 24       Q.    When you first went over to B, there

**25**

10:57:42 1  were handicapped showers there as well?

10:57:44 2      A.   Right; there was handicapped showers

10:57:47 3  throughout the whole facility and then they

10:57:49 4  started remodeling and they took me -- when I

10:57:52 5  left, then I went back the second time, they put

10:57:57 6  me back in B Tower but this time I was up on the

10:58:00 7  second floor.

10:58:03 8      Q.   Before you go on -- I don't want you to

10:58:06 9  lose me.

10:58:07 10          You went from the three-day new-man unit

10:58:10 11  in C which had a handicapped shower for you?

10:58:13 12      A.   Right.

10:58:13 13      Q.   And then you went to B and that also had

10:58:16 14  a handicapped shower?

10:58:18 15      A.   Right.

10:58:18 16      Q.   Then you said I went back to B. Where

10:58:21 17  did you go in between?

10:58:22 18      A.   What happened was when they took out the

10:58:26 19  handicapped showers.

10:58:26 20      Q.   They were remodeling?

10:58:28 21      A.   Right.

10:58:29 22      Q.   They were putting up stainless steel?

10:58:32 23      A.   Walls on the back. I asked them if they

10:58:35 24  were putting in handicapped bars and they said no,

**26**

10:58:39 1  they were doing away with that.

10:58:40 2          I said you can't do that because you

10:58:42 3  have handicapped personnel in here, how are we

10:58:45 4  supposed to shower. One of the guards got real

10:58:48 5  smart. He said what do you know about being

10:58:52 6  handicapped. I told him, take a look. He said

10:58:56 7  well -- and that went on for a couple of days.

10:59:01 8          The next thing I know, I get transferred

10:59:03 9  from B Tower over to C Tower in a lockup tower. I

10:59:09 10  had asked them, I said why am I being transferred

10:59:13 11  over here. They said because it has a handicapped

10:59:16 12  shower. I said well, am I -- but they said when

10:59:19 13  you go over there, you don't have any visits, you

10:59:22 14  lost all privileges, you're locked down

10:59:25 15  twenty-four hours a day and I said for what. I

10:59:28 16  said I didn't tell you to remodel the thing. You

10:59:31 17  have -- they said well, that's what's going to

10:59:35 18  happen.

10:59:36 19          I fought tooth and nail for three days

10:59:39 20  to get back into a regular unit.

10:59:40 21      Q.   Let me stop you. I think I follow you.

10:59:44 22  I just want to make sure I do.

10:59:45 23          You were in B and initially there were

10:59:49 24  handicapped showers but then you noticed there was

**27**

10:59:51 1  remodeling going on putting up stainless steel?

10:59:55 2      A.   Right.

10:59:55 3      Q.   And while that was going on, there was

10:59:57 4  no handicapped showers?

10:59:59 5      A.   Correct.

10:59:59 6      Q.   And then you voiced a complaint about

11:00:01 7  that?

11:00:02 8      A.   Right.

11:00:02 9      Q.   Do you know the name of the officer or

11:00:03 10  the -- correctional officer -- that you said that

11:00:06 11  to?

11:00:08 12      A.   Not offhand. They had so many people

11:00:11 13  there. Some of them were young kids that I talked

11:00:13 14  to that was summer help.

11:00:14 15      Q.   And somebody made a smart remark about

11:00:17 16  what do you know about being handicapped?

11:00:19 17      A.   Right; one of the guards.

11:00:20 18      Q.   Did you think he was serious, by the

11:00:22 19  way?

11:00:22 20      A.   He was dead serious.

11:00:24 21      Q.   You obviously had a missing leg,

11:00:26 22  right?

11:00:26 23      A.   Yes.

11:00:28 24      Q.   That's why I want to know if you thought

**28**

11:00:31 1  he was serious?

11:00:33 2      A.   I took him very serious.

11:00:37 3      Q.   You were insulted?

11:00:38 4      A.   Very insulted. I asked to write out a

11:00:41 5  complaint. He let me write out the complaint.

11:00:43 6      Q.   He did?

11:00:44 7      A.   Yes; I wrote out the complaint. There

11:00:47 8  was one of the female guards there, a heavy-set

11:00:50 9  lady. She told me if you have any issues, Sheriff

11:00:56 10  Ashe will be upstairs.

11:00:57 11          She said I know you have an issue --

11:00:59 12  because I talked to her about that.

11:01:01 13      Q.   Do you know who this female CO is?

11:01:03 14      A.   I can describe her.

11:01:05 15      Q.   Do the best you can.

11:01:06 16      A.   Heavy-set lady. I think her name was

11:01:09 17  Judy. Heavy-set lady with chubby face, either

11:01:17 18  auburn or red hair, curly hair. I believe her

11:01:23 19  name was Judy. I don't know her last name.

11:01:26 20          I talked to her and I went up and spoke

11:01:29 21  to Sheriff Ashe about that.

11:01:31 22      Q.   Before we get to that, Judy spoke with

11:01:35 23  you and asked if you wanted to speak with the

11:01:37 24  Sheriff?

WARREN PARTELOW

WARREN PARTELOW vs. COMMONWEALTH OF MASS. ET AL
NOVEMBER 16, 2004

29

| | |
|---|---|
| 11:01:37 1 | A. Right. |
| 11:01:38 2 | Q. Was she polite to you? |
| 11:01:40 3 | A. Very polite. She treated us guys with a |
| 11:01:42 4 | lot of respect. |
| 11:01:45 5 | Q. You don't have any complaints about -- |
| 11:01:45 6 | A. (Interposing) No. |
| 11:01:46 7 | Q. Not her? |
| 11:01:46 8 | A. She was one of the better COs while I |
| 11:01:51 9 | was there. |
| 11:01:52 10 | I talked to her and she said there was a |
| 11:01:54 11 | day that the Sheriff would answer all complaints, |
| 11:01:58 12 | take care of what he could take care of. |
| 11:02:00 13 | Q. Did that happen that day? |
| 11:02:01 14 | A. It happened, not that day but the day |
| 11:02:05 15 | after. |
| 11:02:05 16 | Q. Did you go see the Sheriff? |
| 11:02:07 17 | A. Yes; I did. |
| 11:02:08 18 | Q. Did he come through the pod? |
| 11:02:10 19 | A. No; he was upstairs in another pod. He |
| 11:02:12 20 | was like in a room upstairs and we went up there. |
| 11:02:15 21 | Q. In B, though? |
| 11:02:16 22 | A. In B. He asked me what my complaint was |
| 11:02:20 23 | and I told him. He assured me that there was |
| 11:02:23 24 | going to be handicapped showers. |

30

| | |
|---|---|
| 11:02:26 1 | I asked him, I said why did I get locked |
| 11:02:29 2 | up in a place where you got people that are locked |
| 11:02:34 3 | down twenty-four hours a day, seven days a week. |
| 11:02:37 4 | I'm not a sex offender, I'm not a child molester, |
| 11:02:43 5 | nothing like that. That's what this was. |
| 11:02:46 6 | He said well, that's all we can do for |
| 11:02:49 7 | you right now. |
| 11:02:50 8 | Q. Because of the shower situation? |
| 11:02:51 9 | A. Because of the shower situation. I said |
| 11:02:55 10 | to him what's going to happen. Do I get -- if I'm |
| 11:02:58 11 | over there and I got visitors coming up to see me, |
| 11:03:02 12 | do I lose all my privileges. He said no -- and I |
| 11:03:06 13 | ended up losing all my privileges because I was in |
| 11:03:11 14 | that pod and they don't have visitations, no phone |
| 11:03:14 15 | calls, nothing. |
| 11:03:15 16 | Q. When you had this chat with the Sheriff, |
| 11:03:17 17 | it was in C? |
| 11:03:18 18 | A. Right. |
| 11:03:18 19 | Q. And that's maximum security, isn't it? |
| 11:03:21 20 | A. Right. |
| 11:03:21 21 | Q. You didn't feel that you should -- |
| 11:03:23 22 | A. (Interposing) I didn't feel like I |
| 11:03:25 23 | should have been there. |
| 11:03:26 24 | MR. McDONOUGH: Off the record. |

31

| | |
|---|---|
| 11:03:39 1 | (Discussion off the record.) |
| 11:03:39 2 | Q. (BY MR. McDONOUGH) Is it correct that |
| 11:03:44 3 | you didn't feel you had done anything to deserve |
| 11:03:46 4 | to be in maximum security? |
| 11:03:48 5 | A. Yes. |
| 11:03:48 6 | Q. Did you understand that the reason you |
| 11:03:51 7 | were moved over to C was because of the shower |
| 11:03:54 8 | situation? |
| 11:03:54 9 | A. Right; and they were finished with the |
| 11:03:56 10 | showers when I got transferred over there. |
| 11:04:02 11 | Q. Finished in B? |
| 11:04:05 12 | A. In B Tower, yes, just finished them. |
| 11:04:08 13 | Let me rephrase that. |
| 11:04:08 14 | When they had me over there for a week, |
| 11:04:12 15 | just about a week and I went back, all the showers |
| 11:04:16 16 | were done. |
| 11:04:15 17 | Q. In B? |
| 11:04:16 18 | A. In B, but there was no handicapped |
| 11:04:19 19 | accessible, nothing. |
| 11:04:20 20 | Q. Were they still working on it? |
| 11:04:22 21 | A. No; they were complete. They moved on |
| 11:04:26 22 | to another pod. |
| 11:04:26 23 | Q. Do you agree with me that at some point |
| 11:04:29 24 | in time they did put a handicapped shower in B? |

32

| | |
|---|---|
| 11:04:32 1 | A. Not that I remember. |
| 11:04:34 2 | Q. Do you remember what B looks like in |
| 11:04:36 3 | your mind? |
| 11:04:36 4 | A. Mmm-hmm. |
| 11:04:38 5 | Q. Do you remember that the coloring in B |
| 11:04:59 6 | is blue and the coloring in C is like a red-orange |
| 11:05:03 7 | type thing? |
| 11:05:05 8 | A. Last time I was there? I don't remember |
| 11:05:16 9 | the colors but I can tell you where the showers |
| 11:05:18 10 | were located at. |
| 11:05:20 11 | Q. Why don't you do that. Why don't you |
| 11:05:23 12 | tell me where they are located. |
| 11:05:23 13 | A. Okay. When you first get into B Tower |
| 11:05:28 14 | and you get into your house, my house is on the |
| 11:05:31 15 | left. |
| 11:05:31 16 | Q. When you say "house," you mean your |
| 11:05:33 17 | cell? |
| 11:05:34 18 | A. No; I mean the living quarters that was |
| 11:05:36 19 | my pod, because they have -- I think it's either |
| 11:05:41 20 | four or five floors that they have in there. |
| 11:05:43 21 | There's two identical pods on each side. One here |
| 11:05:49 22 | and one over here. |
| 11:05:51 23 | My house was on the left. When you get |
| 11:05:54 24 | in there, you've got to stop at the officer's |

PERLIK and COYLE REPORTING

33

11:05:58 1  desk, tell them who you are and then they assigned
11:06:01 2  you a cell. The first time in 2001, I had a
11:06:09 3  handicapped cell.
11:06:09 4       Q.   First floor?
11:06:10 5       A.   First floor. The handicapped cell
11:06:16 6  consisted of a bunk, a toilet with a little sink
11:06:21 7  over it, a mirror, and they gave me a plastic
11:06:28 8  chair to sit in, in my pod, in my room. It was
11:06:35 9  handicapped accessible for me, which was nice.
11:06:39 10       Where my cell was, I was in fifteen. I
11:06:42 11  was in the corner and then if you looked straight
11:06:46 12  out my window, straight out, you could see the
11:06:49 13  bathrooms. They were on the right-hand side.
11:06:54 14  There were two stalls. There was two showers, one
11:07:00 15  on the left and one on the right. They were
11:07:02 16  actually side by side like this on the right-hand
11:07:04 17  side.
11:07:08 18       Q.   Are there showers on each floor?
11:07:10 19       A.   Yes -- because in each pod there's what
11:07:19 20  they call the first floor deck and the second
11:07:22 21  floor tier.
11:07:24 22       You have cells on top of each other.
11:07:27 23  There's one handicapped cell per pod but they have
11:07:35 24  a total of four showers up there.

34

11:07:38 1       Q.   What did you mean when you said two?
11:07:41 2  Two up and two down?
11:07:42 3       A.   Right; you got -- for the guys that live
11:07:47 4  on the first floor, there's three showers and the
11:07:50 5  guys that live on the second floor, there's two
11:07:52 6  showers.
11:07:56 7       MR. McDONOUGH: Can we mark that,
11:07:57 8  please?
9

(Defendant's Deposition Exhibit
No. 1 offered and marked.)

11:08:27 10       Q.   (BY MR. McDONOUGH) Mr. Partelow, I'm
11:08:28 11  going to show you photographs. We've marked it as
11:08:32 12  Exhibit 1 and the photographs there, there's
11:08:37 13  numbers next to each one, seven and eight. I've
11:08:41 14  got others but I want to talk about these right
11:08:43 15  now.
11:08:44 16       Do you recognize what I've just put in
11:08:45 17  front of you? (Indicating.)
11:08:47 18       A.   These weren't there when I was there.
11:08:48 19       Q.   That appears to be a handicapped
11:08:51 20  accessible shower, doesn't it?
11:08:53 21       A.   Yes.
11:08:53 22       Q.   Do you see the blue color?
11:08:54 23       A.   Mmm-hmm.

35

11:08:55 1       Q.   Does that refresh your memory that the
11:08:57 2  coloring in E pod was blue?
11:08:59 3       A.   Okay.
11:09:00 4       Q.   You now remember that?
11:09:02 5       A.   Yes; on the doors.
11:09:04 6       Q.   Are you telling me -- and again, I want
11:09:07 7  you to give me your best memory -- when you went
11:09:10 8  back to B after the construction was done that
11:09:13 9  there was no handicapped showers?
11:09:15 10       A.   There was no handicapped showers.
11:09:19 11       MR. McDONOUGH: Let me ask the court
11:09:21 12  reporter to mark a couple of other photographs for
11:09:24 13  us. All three sheets.
14       (Defendant's Deposition Exhibit
No. 2-4 offered and marked.)

11:10:37 15
11:10:37 16       Q.   (BY MR. McDONOUGH) Mr. Partelow, I'm
11:10:38 17  going to ask you about what I've just handed
11:10:41 18  you. 2 is two more photographs -- let me back up.
11:10:46 19  Exhibit 2 is photographs one and two. Exhibit 3
11:10:49 20  is photographs three and four, Exhibit 4 is
11:10:52 21  photographs five and six.
11:10:55 22       Now let's work backwards. Exhibit 4,
11:10:57 23  does that appear to just be two additional
11:11:00 24  pictures of the handicapped bathroom?

36

11:11:04 1  (Indicating.)
11:11:05 2       A.   Yes.
11:11:05 3       Q.   And there's a handicap logo there,
11:11:07 4  right?
11:11:07 5       A.   Those weren't there.
11:11:08 6       Q.   I understand. Your memory is that those
11:11:11 7  weren't there?
11:11:12 8       A.   Right.
11:11:12 9       Q.   Let me now go to Exhibits 2 and 3. Do
11:11:15 10  you recognize those as being fair and accurate
11:11:19 11  representations of B pod when you were there, just
11:11:28 12  as a general matter? (Indicating.)
11:11:30 13       A.   Mmm-hmm.
11:11:30 14       Q.   Yes?
11:11:31 15       A.   Yes.
11:11:31 16       Q.   There appear to be five showers on the
11:11:36 17  first floor and five on the second?
11:11:44 18       A.   Okay.
11:11:45 19       Q.   Does that help you?
11:11:47 20       A.   Yes.
11:11:48 21       Q.   If you estimated a lower number earlier,
11:11:53 22  would you agree that the photographs show that
11:11:56 23  there were a few more showers?
11:11:58 24       A.   Right.

WARREN PARTELOW vs. COMMONWEALTH OF MASS. ET AL
**WARREN PARTELOW**                    **NOVEMBER 16, 2004**

---

37

11:11:58 1    Q.   It's not a big deal.

11:12:00 2    A.   It's been a long time since I've been

11:12:02 3    there.

11:12:02 4    Q.   I understand.  Just when you went back

11:12:08 5    to B, were you not in a handicapped cell, after

11:12:11 6    you were in C for a week?

11:12:12 7    A.   They gave me my cell back.

11:12:15 8    Q.   They did?

11:12:16 9    A.   Right.

11:12:16 10   Q.   Did they initially give you a second

11:12:18 11   floor cell and then they put you back down?

11:12:22 12   A.   They wanted me to go up on the second

11:12:24 13   floor but I couldn't do it.

11:12:26 14   Q.   So they put you back down?

11:12:27 15   A.   They put me back down in that thing.

11:12:30 16   Q.   Was that a nice cell?

11:12:31 17   A.   The cell that I had was nice.  When I

11:12:35 18   got locked up the second time, when I went back, I

11:12:39 19   was in B pod again, but this time I was -- was it

11:12:43 20   B pod?  Yes; it was B pod.

11:12:46 21        They took and they had me on the first

11:12:53 22   floor, but they didn't have a handicapped cell for

11:12:56 23   me.  They gave me -- I was in cell seven and they

11:13:01 24   gave me a bottom bunk in the thing.  I had

---

38

11:13:08 1    problems with that because I couldn't get my

11:13:11 2    wheelchair in there so I'd have to ask my cellmate

11:13:15 3    to take and help me in and help me out of the

11:13:18 4    cell.  He's like well, why didn't they give you a

11:13:24 5    handicap thing.  They already had a handicapped

11:13:27 6    person in there.

11:13:27 7        I had asked them if they could transfer

11:13:30 8    me to a pod where there was a handicapped cell or

11:13:34 9    have me stay up in the Medical Unit until there

11:13:37 10   was an opening and they said no.  What I got was

11:13:42 11   what I got.

11:13:42 12   Q.   Who said no?

11:13:43 13   A.   One of the guards.

11:13:44 14   Q.   Do you know who?

11:13:45 15   A.   I don't remember his name.  I can

11:13:48 16   describe him -- Bigelow -- it's Bigelow.

11:13:52 17   Q.   Did he give you a reason?

11:13:54 18   A.   He said that I complained too much about

11:13:57 19   being a handicapped person and I explained to him

11:14:00 20   that I have that right because I tried to

11:14:07 21   explain to him is one thing I know is when you

11:14:10 22   become a disabled or handicapped person, you have

11:14:13 23   to learn that you have certain rights and certain

11:14:16 24   laws that have to be followed.

---

39

11:14:18 1        I tried to explain to him each facility

11:14:20 2    is supposed to have the capability for the

11:14:23 3    handicapped cell and handicapped showers.  I asked

11:14:26 4    him to make out a complaint form and he said no.

11:14:30 5    He says we don't do that in this pod.  I said why

11:14:34 6    not.  He said because you're a sign of a

11:14:40 7    troublemaker.  I said why am I a troublemaker, I'm

11:14:45 8    sticking up for what I believe in, I know my

11:14:49 9    rights.

11:14:49 10       I talked to a couple of other guards and

11:14:52 11   then I talked to Captain Saadi and he said you

11:14:55 12   have to stay there.

11:14:56 13   Q.   You're in B now?

11:14:58 14   A.   I was in B.

11:14:59 15   Q.   Did you file your own grievance?

11:15:01 16   A.   They wouldn't give me the paperwork to

11:15:04 17   file my grievance.

11:15:05 18   Q.   You had previously filed a grievance?

11:15:07 19   A.   The first time I was there and when I

11:15:10 20   asked them, they said no.  Bigelow just didn't

11:15:13 21   want to do the paperwork.  He didn't like me for

11:15:16 22   some reason.  I don't know why.  I did what they

11:15:19 23   asked me to do.

11:15:20 24   Q.   Did you wait for another officer who

---

40

11:15:22 1    came on a different shift?

11:15:23 2    A.   I asked two or three officers and they

11:15:26 3    all told me the same things, they don't give out

11:15:30 4    paperwork for CHINS -- not CHINS -- the complaint.

11:15:35 5    Q.   Grievance?

11:15:36 6    A.   They said if you want, you can talk to

11:15:40 7    Captain Saadi, so I went up and talked with him

11:15:43 8    and he said nope.  The other tower I was in --

11:15:50 9    Q.   (Interposing) What tower?

11:15:51 10   A.   B Tower on the other floors, there were

11:15:54 11   still some showers that were handicapped so I

11:15:59 12   asked him if I could use those in the meantime

11:16:02 13   until they were finished remodeling.  He said no,

11:16:05 14   I'd have to stay in my own pod.

11:16:07 15   Q.   Mr. Partelow, you're losing me a little

11:16:10 16   bit.

11:16:10 17       When you talked to Captain Saadi, were

11:16:13 18   you in B?

11:16:13 19   A.   I was in B.  I explained the situation

11:16:16 20   to him and he just -- he didn't really care

11:16:24 21   because he told me there was nothing that he could

11:16:26 22   do about it.

11:16:27 23   Q.   Did you ever get a new cell?

11:16:29 24   A.   No.

---

WARREN PARTELOW   vs.   COMMONWEALTH OF MASS. ET AL

WARREN PARTELOW                    NOVEMBER 16, 2004

41

| | |
|---|---|
| 11:16:29 1 | Q. You stayed there until May? |
| 11:16:31 2 | A. I stayed there until May. This is the |
| 11:16:34 3 | second time that I got locked up. |
| 11:16:36 4 | Q. In B? |
| 11:16:36 5 | A. In B. I was talking with my cellmate |
| 11:16:44 6 | and then my counselor told me I was going over to |
| 11:16:47 7 | Howard Street. I said okay. |
| 11:16:49 8 | I talked to my counselors about it and |
| 11:16:51 9 | they said their hands were tied, too. |
| 11:16:54 10 | Q. Who was your counselor? |
| 11:16:56 11 | A. I had a female Spanish lady. I don't |
| 11:17:00 12 | remember if her name was Rivera or Martinez, but I |
| 11:17:06 13 | had her for a counselor. |
| 11:17:11 14 | Q. Did you ask her for a grievance form? |
| 11:17:11 15 | A. I asked her for a grievance form. |
| 11:17:14 16 | Q. And? |
| 11:17:17 17 | A. She said I had to get those through the |
| 11:17:17 18 | guards. |
| 11:17:19 19 | I went there and I explained to her what |
| 11:17:19 20 | was going on and she was overloaded with case |
| 11:17:24 21 | work. She said she couldn't really be bothered, |
| 11:17:27 22 | either. |
| 11:17:27 23 | Q. Did you have any pen and paper available |
| 11:17:29 24 | to you? |

42

| | |
|---|---|
| 11:17:30 1 | A. When I first got there the second time, |
| 11:17:33 2 | when I went to jail the second time, I had a total |
| 11:17:36 3 | of eighty-seven cents on me which wasn't going to |
| 11:17:40 4 | buy me nothing. |
| 11:17:41 5 | I had asked for an indigent kit and they |
| 11:17:49 6 | told me I would have to wait for the following |
| 11:17:52 7 | week because they already put their order in and I |
| 11:17:54 8 | would have to wait. I said okay. I waited. I |
| 11:17:59 9 | never got a pen, never got paper. |
| 11:18:01 10 | I didn't bother asking people in there |
| 11:18:03 11 | for anything because if you borrow something in |
| 11:18:06 12 | jail, you have to pay it back twice. |
| 11:18:08 13 | Q. You didn't borrow any paper from another |
| 11:18:11 14 | inmate? |
| 11:18:11 15 | A. No; I basically stood for myself. I |
| 11:18:15 16 | would go out there and I would have coffee and I |
| 11:18:18 17 | would talk to very certain people and I would just |
| 11:18:22 18 | keep to myself. |
| 11:18:22 19 | Q. When you were in B, you were not locked |
| 11:18:24 20 | down in your cell for long periods of time, were |
| 11:18:27 21 | you? |
| 11:18:27 22 | A. No. |
| 11:18:27 23 | Q. You had the run of the pod? |
| 11:18:29 24 | A. Basically. |

43

| | |
|---|---|
| 11:18:30 1 | Q. Did you go out to programs? |
| 11:18:32 2 | A. When I first got there, the only thing I |
| 11:18:36 3 | was available for, since I wasn't a long-term |
| 11:18:39 4 | resident, I was able to go to the church program |
| 11:18:44 5 | on Fridays. I was able to go to the library to |
| 11:18:49 6 | get books. |
| 11:18:50 7 | As far as schooling went, I wasn't |
| 11:18:52 8 | eligible for it. |
| 11:18:53 9 | Q. Were you a sentenced inmate? |
| 11:18:56 10 | A. What do you mean? |
| 11:18:57 11 | Q. Well, you weren't pretrial, were you? |
| 11:19:00 12 | You were sentenced? |
| 11:19:01 13 | A. No; I was sentenced. |
| 11:19:03 14 | Q. What were you sentenced for? |
| 11:19:05 15 | A. The first time it was violation of |
| 11:19:08 16 | probation. |
| 11:19:10 17 | Q. I'm talking about in '01 when this |
| 11:19:13 18 | happened with the shower. What were you in for? |
| 11:19:17 19 | A. Violation of probation. What happened, |
| 11:19:28 20 | I was dating this girl and she took a ring from |
| 11:19:30 21 | her mother and I didn't know it was her mother's |
| 11:19:33 22 | ring and she had asked me -- she was with me but |
| 11:19:36 23 | she didn't have an ID on her and I brought her to |
| 11:19:41 24 | this pawn shop. |

44

| | |
|---|---|
| 11:19:42 1 | When her mother found out about it -- |
| 11:19:44 2 | because I told her mother what had happened -- and |
| 11:19:46 3 | her mother said that wasn't her ring, that was |
| 11:19:49 4 | mine and we tried to get it back but I ended up |
| 11:19:52 5 | going to court and I didn't have -- what they |
| 11:19:57 6 | wanted for a fine, I couldn't pay it so what they |
| 11:20:00 7 | did was they gave me probation and community |
| 11:20:03 8 | service but I violated by not going to community |
| 11:20:06 9 | service one time and they hauled me back to court. |
| 11:20:06 10 | They said -- the chief probation |
| 11:20:13 11 | officer, he had enough. He didn't like me from |
| 11:20:15 12 | the beginning so he says either you come up with |
| 11:20:18 13 | thirty-five hundred bucks to pay this lady or |
| 11:20:22 14 | you're going to jail for nine months. I'm like I |
| 11:20:25 15 | don't have that type of money. I can't just pull |
| 11:20:29 16 | up thirty-five hundred bucks. He said you're not |
| 11:20:32 17 | making enough effort on paying. I said I'm giving |
| 11:20:35 18 | you a hundred fifty a month out of my SSI checks |
| 11:20:39 19 | and he said that's not good enough, so I got |
| 11:20:42 20 | locked up. |
| 11:20:42 21 | I had already paid some and I didn't get |
| 11:20:47 22 | credit for that. |
| 11:20:48 23 | Q. You went to church services? |
| 11:20:49 24 | A. Right. |

45

1  Q.  You went to the library?

2  A.  Right.

3  Q.  Is that the Legal Resource Department?

4  A.  Right.  They had a veterans group that I

5  could go to, too, and I went to that on Fridays

6  before church.

7  Q.  Did you have a job?

8  A.  In the jail?

9  Q.  Yes.

10  A.  They told me there was nothing I could

11  do because, I mean, I wanted to try to do

12  something but they said because I was in a

13  wheelchair, I couldn't do what they wanted.

14  Q.  Did you get any paper at the library?

15  A.  No.

16  Q.  There was paper there, wasn't there?

17  A.  I don't know.  I just went in and

18  grabbed some books.

19  We didn't actually stay in the library

20  for a long period of time.  We were there maybe

21  for fifteen minutes to grab books and bring them

22  back.

23  Q.  Did you ask anybody in the library for

24  paper?

46

1  A.  I didn't ask anybody for nothing.

2  Q.  Did you ask anybody for paper when you

3  went to see your counselor?

4  A.  No.

5  Q.  Did you ask anybody for paper when you

6  went to the church program?

7  A.  No; because at the church program, when

8  you walk in there, you go in, you tell them what

9  you're there for, you sign in, you go to your

10  church services.

11  All they are doing there is making sure

12  that you don't ask anybody for anything.  The only

13  thing that they gave you for paper is like

14  pamphlets.

15  Q.  Where did you have your meals?  Where

16  did you eat?

17  A.  Which time?

18  Q.  Did you eat in the pods?

19  A.  The first time or the second time?

20  Q.  The second time.

21  A.  The second time when I was there, we

22  were able to go to the mess hall for a little bit

23  but then that stopped.  Midway through my

24  sentence, it stopped.

47

1  What they did was they started locking

2  us down and feeding us in the pod.

3  Q.  There was a change?

4  A.  There was a big change.  The first time

5  they did it, they were transferring inmates from

6  our pod and other pods going into different jail

7  systems, like Worcester and all that, so they fed

8  us that way for a couple of days until they got

9  everything done, but then I had asked them, are we

10  going back over to the kitchen, they said no.

11  Q.  When you went to the -- what do you call

12  it, the dining common or the mess hall?

13  A.  Yes.

14  Q.  Was that handicapped accessible to you?

15  A.  No.

16  Q.  How did you get there?

17  A.  I got pushed over.  One of the inmates,

18  Steve Justice took me and he would push me.  They

19  gave me a nickname in jail.  They called me

20  "Wheels" because I was in the wheelchair.  He

21  would push me and help me grab my tray.

22  The guards knew and we'd sit at a table.

23  I'd pull up to the end of the table and I would

24  sit there and eat my meal and then he would push

48

1  me back.

2  Q.  How was that not handicapped accessible,

3  then?

4  A.  I couldn't reach on top.

5  Q.  Somebody would help you with your tray?

6  A.  Right.

7  Q.  Did someone always -- was someone always

8  willing to help you with the tray?

9  A.  Yes.

10  Q.  So you didn't mind going over there?

11  A.  No; I didn't mind going over there.

12  When I was on the medication, the nurse told me

13  not to go over for like a week because the weather

14  was bad to begin with and they said that if I

15  ate -- I could get my meals -- it was easier for

16  them to bring my meals in the pod.

17  Q.  Did they bring you your meals in the

18  pod?

19  A.  Yes.

20  Q.  Was that your choice?

21  A.  That was the nurse's orders for a week.

22  Q.  Let me ask you a few guess questions

23  about the medical treatment.  Were you seen by

24  nurses in the pod?

49

11:24:36 1    A.  When the nurses came in, I would be
11:24:41 2  there -- they would come in with a medical card
11:24:44 3  and they'd pass out medicine, like aspirin or
11:24:47 4  whatever.
11:24:49 5        The only treatment I actually got, I'd
11:24:52 6  have to go to Medical, myself.  Medical did let me
11:24:58 7  take a shower up there for like about a week.
11:25:00 8    Q.  I'll get to that in a minute.  I want to
11:25:03 9  ask you some questions.
11:25:03 10       When you were in the pod, is it true
11:25:05 11  that a nurse would come in every day for a sick
11:25:08 12  call?
11:25:08 13    A.  Yes.
11:25:08 14    Q.  And there's a room for that, isn't
11:25:10 15  there?
11:25:11 16    A.  Yes; they have a little room.
11:25:12 17    Q.  A little office?
11:25:13 18    A.  Right.
11:25:14 19    Q.  Do you remember the names of any of the
11:25:18 20  nurses who would come in?
11:25:19 21    A.  No.
11:25:21 22    Q.  Did you know that in order to go to sick
11:25:26 23  call, you could just go over there and ask to see
11:25:29 24  a nurse?

50

11:25:30 1    A.  Right.
11:25:30 2    Q.  You could just literally, you were in a
11:25:33 3  wheelchair, of course, you could simply wheel
11:25:36 4  yourself over and ask to see a nurse?
11:25:37 5    A.  Right.
11:25:38 6    Q.  Did you do that, ever?
11:25:39 7    A.  I did that a couple of times, because
11:25:42 8  there was times where I wasn't feeling well or if
11:25:46 9  I thought that my leg wasn't -- if something
11:25:52 10  didn't look right or I didn't feel right with it,
11:25:56 11  I would have them look at it and then they would
11:25:58 12  have me go up to Medical.
11:25:59 13    Q.  To go up to Medical, that's a different
11:26:04 14  building, right?
11:26:05 15    A.  Right.
11:26:06 16    Q.  Would you be able to wheel yourself over
11:26:00 17  there or have someone wheel you over?
11:26:11 18    A.  I had to have somebody help me because
11:26:14 19  the doors open this way and I'd have a hard time
11:26:17 20  with the wheelchair.
11:26:18 21        There would be guards there that would
11:26:20 22  open it up but then I would have to try to go
11:26:23 23  upstairs.  They did have an elevator, but
11:26:26 24  sometimes you would have to wait for the elevator.

51

11:26:29 1    Q.  Was there an elevator in B, also?
11:26:32 2    A.  The B pod?
11:26:34 3    Q.  Yes.
11:26:38 4    A.  Yes.
11:26:38 5    Q.  Did you use it if you had to go up?
11:26:41 6    A.  It wasn't for -- it was to go up into
11:26:47 7  another pod.  I used it when I had to go.
11:26:48 8    Q.  When you went over to Medical, the
11:26:50 9  officers would open the doors for you?
11:26:51 10    A.  Right.
11:26:52 11    Q.  And then you would use the elevator but
11:26:55 12  sometimes you would have to wait?
11:26:56 13    A.  Right.
11:26:56 14    Q.  But you did use the elevator?
11:26:58 15    A.  I did use the elevator.
11:27:00 16    Q.  When you went over to Medical, did you
11:27:01 17  receive medical care?
11:27:02 18    A.  Yes.
11:27:02 19    Q.  Was the medical staff respectful of you?
11:27:05 20    A.  The nurses were good.  The doctor I seen
11:27:08 21  over there, I did a follow-up with the same doctor
11:27:12 22  when I got out for a little bit in Holyoke.
11:27:17 23        We took in -- I went to him and I told
11:27:24 24  him what was what and the nurse on duty, she read

52

11:27:34 1  the thing and she says well, we can't have you
11:27:26 2  dirty so you can come over here.  The shower
11:27:31 3  system, they had the bars on the side and
11:27:33 4  everything, where I could hold on to if I needed
11:27:37 5  to get out.
11:27:37 6    Q.  Let me just, just so -- did you say you
11:27:42 7  saw a doctor who you later saw on the outside?
11:27:44 8    A.  Right.
11:27:45 9    Q.  Who was that?
11:27:45 10    A.  It was the facilities doctor.
11:27:47 11    Q.  Do you know who it was?
11:27:48 12    A.  I don't remember.
11:27:49 13    Q.  Was it Doctor Lincoln?
11:27:51 14    A.  I can describe him to you.  I don't know
11:27:54 15  by name.  Tall, thin man, curly hair.
11:27:58 16    Q.  By the way, do you know who Doctor
11:28:00 17  Conklin is?
11:28:03 18    A.  Conklin?
11:28:07 19    Q.  Thomas Conklin?
11:28:08 20    A.  I've heard the name.  He might even had
11:28:12 21  treated me when I was there.  I don't remember.
11:28:22 22        MR. McDONOUGH:  Can you mark these,
11:28:25 23  please?
24
        (Defendant's Deposition Exhibit
        No. 5-9 offered and marked.)

**53**

11:29:45 1

11:29:48 2 (A recess was taken.)

11:29:48 3 Q. (BY MR. McDONOUGH) Did the nurses at

11:32:03 4 the Hampden County Correctional Center treat you

11:32:05 5 with dignity and respect?

11:32:07 6 A. Yes.

11:32:07 7 Q. Did the doctors treat you with dignity

11:32:10 8 and respect?

11:32:10 9 A. I had no complaints about the medical

11:32:12 10 staff.

11:32:12 11 Q. That's what I want to establish because

11:32:14 12 I'll move on, then.

11:32:16 13 You have no complaints about the quality

11:32:17 14 of the medical care?

11:32:18 15 A. No; they treated me very well. If I had

11:32:23 16 a question about a medicine that they were going

11:32:25 17 to give me, I would ask them and they would tell

11:32:26 18 me straight out what it was.

11:32:30 19 They did give me some limitations as far

11:32:33 20 as like with my leg. They told me what I could

11:32:39 21 and couldn't do with it once everything went down

11:32:43 22 with the swelling. I said okay.

11:32:44 23 Q. You did get the leg back?

11:32:45 24 A. No.

**54**

11:32:48 1 Q. I'm confused then. When you get out,

11:32:50 2 you mean?

11:32:51 3 A. From when I get out. They told me what

11:32:54 4 I should do is do another follow-up with the

11:32:57 5 doctor to make sure everything was okay.

11:32:59 6 Q. Did you follow that advice?

11:33:02 7 A. Yes.

11:33:02 8 Q. By the way, when you got out of jail,

11:33:06 9 did you know that you were still in need of

11:33:08 10 medical care?

11:33:08 11 A. Yes.

11:33:09 12 Q. Were you conscientious about your

11:33:12 13 medical care?

11:33:13 14 A. Yes.

11:33:13 15 Q. Did you know it was important to follow

11:33:15 16 your doctor's advice?

11:33:16 17 A. Oh, yes.

11:33:17 18 Q. And did you?

11:33:18 19 A. Mmm-hmm.

11:33:20 20 Q. Do you recall your doctors ever

11:33:22 21 criticizing you for not following their advice?

11:33:26 22 A. Uh-huh.

11:33:28 23 Q. Never?

11:33:28 24 A. Except for the smoking part, that was

**55**

11:33:31 1 about it.

11:33:32 2 Q. You've been a smoker for most of your

11:33:35 3 life?

11:33:35 4 A. Yes.

11:33:35 5 Q. Adult life?

11:33:36 6 A. Yes.

11:33:36 7 Q. And you used to be three packs a day?

11:33:39 8 A. Right.

11:33:39 9 Q. Was that one of the reasons you

11:33:41 10 developed circulatory problems, your smoking?

11:33:45 11 A. That had something to do with it. The

11:33:47 12 main reason I had the problem, I was born a

11:33:50 13 preemie.

11:33:51 14 The way my mother explained it to me was

11:33:55 15 when I was born, I weighed three pounds. Then I

11:33:57 16 dropped down to two and a half pounds and they had

11:33:59 17 to keep me in the incubator until I was able to go

11:34:03 18 home. She said when I was five, I wasn't the

11:34:06 19 size of a five-year-old, I was the size of a

11:34:09 20 three-year-old in height and weight. They said

11:34:11 21 that the doctors explained to her that I was

11:34:16 22 lucky.

11:34:18 23 Q. You used to be up to a three-pack-a-day

11:34:22 24 guy?

**56**

11:34:22 1 A. Right.

11:34:23 2 Q. And you've now cut down to?

11:34:25 3 A. Four -- four cigarettes.

11:34:27 4 Q. Except for your doctor's advice to quit

11:34:31 5 smoking, are you telling me that you've been

11:34:33 6 faithful to the medical advice of your medical

11:34:37 7 providers?

11:34:37 8 A. Mmm-hmm.

11:34:38 9 Q. You need to say yes.

11:34:39 10 A. Yes.

11:34:40 11 Q. By the way, I forgot to ask you this.

11:34:50 12 When you met with Sheriff Ashe, did he treat you

11:34:53 13 with dignity and respect?

11:34:54 14 A. Yes; he did. He told me that he would

11:34:59 15 do -- he would put me in another pod.

11:35:02 16 He never told me it was going to be a

11:35:04 17 lock-down pod, but he did treat me with respect;

11:35:09 18 yes.

11:35:09 19 Q. Did you meet with him once?

11:35:12 20 A. I met with him one time.

11:35:14 21 Q. Did you ever make a request to meet with

11:35:16 22 him a second time?

11:35:17 23 A. I did; and that was denied.

11:35:19 24 Q. Who denied that?

# WARREN PARTELOW vs. COMMONWEALTH OF MASS. ET AL

## WARREN PARTELOW
## NOVEMBER 16, 2004

---

**57**

11:35:20 1    A.  The guards, because they said that Ashe

11:35:23 2  was real busy. It was a one-shot thing that he

11:35:29 3  came around that one day and we could talk to him.

11:35:34 4       When I requested to talk to him again,

11:35:36 5  they said that he was too busy.

11:35:38 6    Q.  Doesn't the Sheriff come by on a regular

11:35:41 7  basis?

11:35:41 8    A.  When I was there?

11:35:42 9    Q.  Yes.

11:35:43 10    A.  I only seen him that one time. Usually

11:35:45 11  the routine was we got up in the morning, we made

11:35:49 12  our bunks, we went to shower, we came back, we

11:35:52 13  cleaned. We got locked down for an hour until

11:35:56 14  they did a count of the whole prison system and

11:35:59 15  then we were out.

11:36:00 16       Same thing for lunch -- we go to lunch,

11:36:05 17  come back and they'd lock us down; and the same

11:36:08 18  thing at night.

11:36:08 19       I never really seen him except for that

11:36:09 20  one time.

11:36:10 21    Q.  Did you know that the Sheriff did

11:36:12 22  regular walk-throughs?

11:36:12 23    A.  No.

11:36:13 24    Q.  You didn't know that?

---

**58**

11:36:14 1    A.  I didn't know that.

11:36:15 2    Q.  Is this the first time you're hearing

11:36:18 3  that today?

11:36:18 4    A.  It's the first time I'm hearing it. I

11:36:21 5  heard people say that he walked through but that's

11:36:23 6  hearsay. I never seen him, myself.

11:36:25 7    Q.  Except for the time you met him?

11:36:27 8    A.  Except for the time I met him.

11:36:28 9    Q.  And he was respectful of you?

11:36:31 10    A.  Right.

11:36:31 11    Q.  Did you ever write him a letter?

11:36:33 12    A.  When I requested -- when I talked to

11:36:35 13  Officer Judy and she gave me -- I had to fill out

11:36:39 14  a paper saying I wanted to talk to him.

11:36:41 15    Q.  Right.

11:36:42 16    A.  I was going to write him a letter but I

11:36:45 17  said no, I'll just tell him in person when I see

11:36:48 18  him because I figured that if I wrote a letter and

11:36:51 19  I gave it to one of the guards to give to him,

11:36:54 20  that they would throw it in the trash can or

11:36:56 21  something.

11:36:58 22    Q.  Did you ever write anything that got

11:37:00 23  thrown in the trash can, to your knowledge?

11:37:02 24    A.  Not that I know of.

---

**59**

11:37:04 1    Q.  Do you recall, during the period when

11:37:16 2  the showers were being renovated, you were also

11:37:20 3  allowed to take a shower in the medical area?

11:37:22 4    A.  That only lasted a week.

11:37:24 5    Q.  We'll get to that. Do you recognize the

11:37:30 6  photographs that I've had marked as Exhibit 5?

11:37:32 7  (Indicating.)

11:37:35 8    A.  Mmm-hmm -- yes.

11:37:37 9    Q.  What do you see there in Exhibit 5?

11:37:39 10    A.  Okay; I see the shower room in the

11:37:44 11  Medical Department in the second floor. The

11:37:51 12  handicapped bars, shower chair.

11:37:54 13    Q.  Do you recognize what I'm showing you

11:37:57 14  now, Exhibit 6 and 7? (Indicating.)

11:38:01 15    A.  I never seen these up there.

11:38:10 16    Q.  You don't recognize those?

11:38:13 17    A.  No, sir.

11:38:14 18    Q.  Okay; let's move on. But Exhibit 5,

11:38:19 19  photos thirteen and fourteen, is that the

11:38:23 20  handicapped bathroom that you used in Medical?

11:38:25 21    A.  Yes; it is.

11:38:25 22    Q.  Exhibit 8 and 9, this is the kind of

11:38:33 23  reddish coloring, are those photographs of C -- C

11:38:40 24  Tower or is that A?

---

**60**

11:38:41 1    A.  I think this is A Tower.

11:38:50 2    Q.  You were in A Tower for a while, too,

11:38:53 3  weren't you?

11:38:53 4    A.  Right.

11:38:53 5    Q.  And there were handicapped showers in A

11:38:57 6  Tower?

11:38:57 7    A.  Yes.

11:38:57 8    Q.  A Tower is also known as Davis Tower?

11:39:02 9    A.  Right.

11:39:02 10    Q.  Exhibit 8 and 9, do you recognize those

11:39:07 11  as being accurate pictures of A Tower when you

11:39:12 12  were there?

11:39:12 13    A.  No.

11:39:14 14    Q.  What's different?

11:39:16 15    A.  When I was there, they didn't have the

11:39:24 16  chair.

11:39:25 17    Q.  Except for the chair, is it accurate?

11:39:27 18    A.  It was -- when I was in Davis Tower,

11:39:35 19  they had these -- all this stainless steel, all of

11:39:40 20  this is new.

11:39:41 21       When I was there, they had the bricks,

11:39:45 22  cement walls, and they had the shower head coming

11:39:47 23  out this way and they had a pipe in the middle and

11:39:51 24  that was it. These are all new.

---

**61**

11:39:53 1    Q.    When you were there, it was brick but
11:39:56 2 there was a handicapped pipe to hold on to?
11:39:59 3    A.    Right.
11:40:00 4    Q.    Was there a chair?
11:40:01 5    A.    No.
11:40:01 6    Q.    Did they give you a chair?
11:40:03 7    A.    They gave me one of those plastic chairs
11:40:06 8 and that's how I fell.
11:40:07 9    Q.    Did you ever use that chair when you
11:40:09 10 didn't fall?
11:40:10 11    A.    Every time I used that chair, when I
11:40:17 12 stood up, there was nothing on the floors.  I
11:40:20 13 couldn't wear just one shower shoe.  I was off
11:40:25 14 balance.
11:40:25 15    Q.    Did you ever use the chair where the
11:40:27 16 chair did not break?
11:40:29 17    A.    No.
11:40:29 18    Q.    The chair broke every time?
11:40:31 19    A.    Every time they gave me a chair, when I
11:40:38 20 went to stand up, it would move and I'd hold on to
11:40:45 21 the sides and I would shower that way and I would
11:40:48 22 sit down.
11:40:50 23         The first time I fell, the chair was
11:40:54 24 split.  It was split in the seat and on the leg.

**62**

11:40:59 1    Q.    Did it split any other time?
11:41:00 2    A.    No.
11:41:02 3    Q.    I just want to get clear here.  When you
11:41:04 4 showered in Davis when it had the block wall
11:41:09 5 before the stainless steel there was a bar
11:41:10 6 there --
11:41:11 7    A.    (Interposing) Right.
11:41:11 8    Q.    -- and there was a chair there?
11:41:13 9    A.    The chair wasn't there.  I had to bring
11:41:15 10 one in.
11:41:15 11    Q.    All right; you brought a chair in and
11:41:18 12 when you got up, you had a bar to hold on to?
11:41:21 13    A.    Right.
11:41:22 14    Q.    And you didn't fall then, did you?
11:41:24 15    A.    No; right.
11:41:25 16    Q.    Then there was a time when you were in
11:41:27 17 the chair and the chair split?
11:41:28 18    A.    Right.
11:41:28 19    Q.    That was just one time?
11:41:30 20    A.    Right.
11:41:30 21    Q.    And the other times you used the chair,
11:41:32 22 it didn't split?
11:41:33 23    A.    Right.
11:41:34 24    Q.    But the photographs you're seeing of the

**63**

11:41:44 1 Davis Tower which are Exhibits 8 and 9 with the
11:41:45 2 red coloring, that's Davis, is that right?
11:41:48 3    A.    Mmm-hmm.
11:41:50 4    Q.    And you're telling me when you were in
11:41:52 5 Davis, they didn't have the stainless steel
11:41:54 6 showers?
11:41:54 7    A.    No; they had the bricks.
11:41:56 8    Q.    Do you recognize Exhibit 7 as being
11:42:04 9 showers from C? (Indicating.)
11:42:07 10    A.    These were the showers that they had
11:42:18 11 when I was there.
11:42:19 12    Q.    That's white coloring, right?
11:42:21 13    A.    Right.
11:42:21 14    Q.    Exhibit 6 is C Tower, too, because of
11:42:26 15 the white coloring?
11:42:27 16    A.    There's one difference.  When I was
11:42:43 17 there, they didn't have the side rails.  They just
11:42:47 18 had the bar in the middle.  They did not have
11:42:51 19 those side rails.
11:42:52 20    Q.    Did you ever have a problem with those
11:42:55 21 showers in C Tower, though?  You never fell, did
11:42:58 22 you, in C?
11:42:58 23    A.    Not in C Tower.
11:43:01 24    Q.    And you didn't want to be in C because

**64**

11:43:03 1 it was too restrictive?
11:43:05 2    A.    Right; because when they had put us over
11:43:08 3 there, the guard said enjoy the showers.  I said
11:43:11 4 what are you talking about, enjoy the showers.
11:43:17 5 Because in a couple of days they were remodeling
11:43:17 6 the whole jail with stainless steel.
11:43:18 7    Q.    You say that the use of the showers in
11:43:36 8 Medical was only for a week?
11:43:37 9    A.    Mmm-hmm.
11:43:37 10    Q.    You need to say yes or no.
11:43:40 11    A.    Yes.
11:43:40 12    Q.    Why did it end after a week?
11:43:43 13    A.    They felt that --
11:43:44 14    Q.    (Interposing) Who is "they"?
11:43:45 15    A.    The medical staff said that the -- the
11:43:51 16 head of the nurses said that they couldn't have me
11:43:53 17 go up there every day for my entire stay.
11:43:57 18         I talked to Captain Walker about it and
11:44:01 19 he said that he would make sure what he could do because
11:44:03 20 he knew that I needed a handicapped shower.
11:44:08 21    Q.    Are you telling me Captain Walker tried
11:44:12 22 to help you?
11:44:12 23    A.    Yes.
11:44:13 24    Q.    Did he treat you with dignity and

65

```
11:44:14   1   respect?
11:44:15   2      A.   Oh, yes.
11:44:15   3      Q.   Did he try to help you?
11:44:17   4      A.   Yes; he's the one that got me out of C
11:44:20   5   Tower and put me back into B Tower.
11:44:23   6      Q.   Because you spoke to him about it?
11:44:25   7      A.   I went up the chain of command and said
11:44:28   8   I want to talk to somebody. Captain Walker came
11:44:31   9   over and he said you don't belong over here. He
11:44:34  10   had told them that I didn't belong there in the
11:44:36  11   first place.
11:44:36  12      Q.   Someone at the medical staff, you said
11:44:39  13   the head nurse?
11:44:40  14      A.   One of the head nurses up there.
11:44:41  15      Q.   Do you know who it was?
11:44:42  16      A.   I don't remember the names.
11:44:43  17      Q.   She said you couldn't come up there
11:44:46  18   every day, you're telling me?
11:44:47  19      A.   It was only for a week that I could use
11:44:50  20   the showers, they said, because they could find
11:44:54  21   other avenues for me to shower -- which never
11:44:58  22   happened.
11:44:58  23           I mean, I ended up showering in there,
11:45:01  24   but it was very difficult to do.
```

66

```
11:45:03   1      Q.   In where?
11:45:07   2      A.   In the pod.
11:45:09   3      Q.   In B?
11:45:09   4      A.   In B pod, because when they redid it
11:45:14   5   over with the stainless steel, stainless steel is
11:45:17   6   slippery, especially without grab bars and stuff.
11:45:21   7      Q.   Did you ever make a written request to
11:45:24   8   continue your showers in the Medical Unit?
11:45:27   9      A.   Yes. I talked to one of the guards and
11:45:31  10   I asked him to give me some paperwork and I
11:45:34  11   explained why.
11:45:35  12           I wrote it and I handed it in. I don't
11:45:39  13   know if they ever got it in Medical.
11:45:41  14      Q.   That time you did ask for paperwork?
11:45:44  15      A.   At that time; yes.
11:45:46  16      Q.   And you were given paperwork?
11:45:47  17      A.   At that time.
11:45:48  18      Q.   Who gave you the paperwork?
11:45:49  19      A.   It was a male guard. What was his name?
11:46:04  20   I think it was Ortiz.
11:46:06  21      Q.   Did he treat you with dignity and
11:46:10  22   respect?
11:46:10  23      A.   Yes; he did.
11:46:11  24      Q.   When you say you showered for a week in
```

67

```
11:46:16   1   Medical and then it stopped?
11:46:17   2      A.   Right.
11:46:18   3      Q.   And then you filed a request?
11:46:19   4      A.   Right.
11:46:20   5      Q.   When did you -- when was this week of
11:46:23   6   showers? What month was that?
11:46:24   7      A.   It was in the winter, I know that,
11:46:31   8   because what they would do was they would let me
11:46:33   9   go up late at night -- not real late at night but
11:46:37  10   before the nursing staff went home, about
11:46:42  11   six-thirty, seven o'clock, they would tell me I
11:46:45  12   can go up there and shower.
11:46:48  13           When I was going through that and then
11:46:52  14   after that, they said I couldn't do it any more.
11:46:55  15           MR. McDONOUGH: Can you mark this,
11:46:56  16   please?
11:46:57  17           THE WITNESS: And I had asked them
11:47:00  18   why and they said they weren't equipped for me to
11:47:03  19   do that.
11:47:04  20           MR. McDONOUGH: Would you mark that,
11:47:06  21   please?
          22           (Defendant's Deposition Exhibit
                       No. 10 offered and marked.)
11:47:28  23
11:47:28  24      Q.   (BY MR. McDONOUGH) Mr. Partelow, I'm
```

68

```
11:47:33   1   giving you Exhibit 10.
11:47:35   2           I will represent to you that this is --
11:47:36   3   these are notes made as a result of your
11:47:40   4   conversation with the Sheriff, all right?
11:47:42   5   (Indicating.)
11:47:43   6      A.   Okay.
11:47:44   7      Q.   I'm going to direct your attention --
11:47:58   8   well, take a minute to look it over.
11:48:01   9      A.   (Witness examining document.)
11:48:44  10      Q.   Have you had a chance to look that over?
11:48:47  11      A.   Mmm-hmm. I --
11:48:52  12      Q.   I didn't ask you any questions yet. I
11:48:53  13   just want you to read it to yourself.
11:48:56  14      A.   (Witness examining document.)
11:49:23  15      Q.   Have you read that to yourself?
11:49:25  16      A.   Mmm-hmm.
11:49:25  17      Q.   Let me ask you some questions about it.
11:49:27  18   The second paragraph, there's a reference to Jose
11:49:34  19   M. Was that your counselor?
11:49:36  20      A.   Yes; this is Davis.
11:49:36  21      Q.   Did Mr. M treat you with respect?
11:49:40  22      A.   Yes; he did.
11:49:41  23      Q.   It says your coat was too small?
11:49:44  24      A.   Right.
```

Case 3:03-cv-30294-MAP   Document 59   Filed 09/12/2005   Page 24 of 34

WARREN PARTELOW vs. COMMONWEALTH OF MASS. ET AL
WARREN PARTELOW                        NOVEMBER 16, 2004

**69**

11:49:44 1    Q.    Did you get a new coat?

11:49:46 2    A.    Eventually I got a new coat.

11:49:48 3    Q.    Then it says: "Advised, we are
11:49:50 4 replacing the showers with stainless steel and the
11:49:52 5 handrails will be put back on." Were you advised
11:49:55 6 that?

11:49:55 7    A.    They told me they were -- the way they
11:49:59 8 explained it to me when I asked them, they said
11:50:03 9 they were putting stainless steel in but they were
11:50:06 10 not putting handrails back up.

11:50:08 11    Q.    Let me ask you about that because I've
11:50:10 12 shown you photographs that show they did put the
11:50:13 13 handrails back up, right, in B?  You see them?

11:50:18 14    A.    But that wasn't --

11:50:19 15    Q.    (Interposing) I understand.  I want you
11:50:20 16 to stay with me.

11:50:21 17    You see the photographs that show the
11:50:23 18 handrails were put back on?  (Indicating.)

11:50:24 19    A.    Right.

11:50:28 20    Q.    And you saw handrails in the Davis Tower
11:50:31 21 photographs, right?

11:50:31 22    A.    Mmm-hmm.

11:50:32 23    Q.    And you saw handrails in the C Tower
11:50:34 24 photographs, right?

**70**

11:50:35 1    A.    Right.

11:50:36 2    Q.    And now you're looking at a memo that
11:50:38 3 says that you were advised that the handrails will
11:50:41 4 be put back on, do you see that?

11:50:44 5    A.    Right.

11:50:45 6    Q.    Are you really sure they told you the
11:50:48 7 handrails were not going to be put back on or were
11:50:50 8 you mistaken about that?

11:50:52 9    A.    No; I wasn't mistaken about that.

11:50:54 10    Q.    Is there any possibility that you were
11:50:56 11 mistaken about that?

11:50:57 12    A.    No.

11:50:57 13    Q.    Can you think of any reason why they
11:51:00 14 wouldn't put the handrails back on?

11:51:02 15    A.    They said they were doing away with the
11:51:04 16 handicapped showers.

11:51:06 17    The captain -- I don't remember his
11:51:07 18 name -- but I talked to this captain, he was in
11:51:10 19 charge of overseeing -- he overseed the general
11:51:15 20 operations.  He was over Captain Sady's head, too.

11:51:18 21    Q.    Do you know who that was?

11:51:20 22    A.    I wouldn't remember his name offhand.

11:51:22 23    Q.    Does it make any sense to you at all why
11:51:24 24 anybody would do away with handicapped showers?

**71**

11:51:27 1    A.    I have no idea but I know that when I
11:51:30 2 was there, I don't know when they put these in but
11:51:33 3 it wasn't when I was there -- either time that I
11:51:37 4 was there.

11:51:37 5    Q.    Let's move on.  Down below, you see
11:51:41 6 follow up on January 11th?

11:51:44 7    A.    January 11th?

11:51:47 8    Q.    Excuse my pointing, but right here?

11:51:49 9    A.    Oh, okay.

11:51:50 10    Q.    Do you see that?

11:51:51 11    A.    Yes.

11:51:52 12    Q.    Connie Bauer -- do you know who Connie
11:51:55 13 Bauer is?

11:51:54 14    A.    No.

11:51:55 15    Q.    Spoke to Lieutenant Russell.  Do you
11:51:58 16 know who Lieutenant Russell is?

11:52:00 17    A.    Maybe if I've seen him.

11:52:03 18    Q.    You don't?

11:52:03 19    A.    I don't.

11:52:04 20    Q.    You said you moved to C-3 with all
11:52:10 21 privileges on January 10th "because it will be
11:52:12 22 another month before the handrails are installed."
11:52:14 23 Did I read that correctly?

11:52:15 24    A.    Right.

**72**

11:52:16 1    Q.    And you were moved to C-3, right?

11:52:18 2    A.    Right.

11:52:19 3    Q.    You did have privileges, too, when you
11:52:20 4 were over there?

11:52:21 5    A.    No.

11:52:21 6    Q.    No privileges?

11:52:23 7    A.    No privileges.

11:52:23 8    Q.    Did you have any visitors that you were
11:52:26 9 not allowed to see?

11:52:27 10    A.    I was supposed to get a visit that night
11:52:29 11 and they moved me.

11:52:30 12    Q.    Who came to see you?

11:52:32 13    A.    This girl.

11:52:34 14    Q.    Who was that?

11:52:34 15    A.    Angela Roy.

11:52:37 16    Q.    Roy?

11:52:37 17    A.    (Witness nodding.)

11:52:38 18    Q.    You need to speak.

11:52:39 19    A.    Angela Roy.

11:52:41 20    Q.    How do you know that she showed up?

11:52:43 21    A.    They had said that I had a visitor but I
11:52:45 22 couldn't go for the visits because I was locked
11:52:47 23 down.

11:52:48 24    Q.    Did anyone else come to see you that you

73

11:52:51 1 were not allowed to see?

11:52:52 2     A. As far as I know of, no.

11:52:54 3     Q. Were you allowed to make phone calls

11:52:56 4 when you were in C?

11:52:58 5     A. No.

11:52:59 6     Q. Did you ask to make any phone calls?

11:53:01 7     A. I asked to make one.

11:53:02 8     Q. What call did you want to make?

11:53:04 9     A. I wanted to call the girl I was seeing

11:53:07 10 at the time.

11:53:07 11     Q. Did you want to make any other calls

11:53:09 12 that you were not allowed to make?

11:53:10 13     A. No.

11:53:11 14     Q. Then it says, "Spoke to inmate in C-3

11:53:18 15 and Jack Dineen will take care of his clothing

11:53:21 16 issues." Do you know who Jack Dineen is?

11:53:24 17     A. No.

11:53:24 18     Q. If I describe him to you as a tall

11:53:27 19 elderly gentleman, does that help you out?

11:53:30 20     A. Okay.

11:53:32 21     Q. Do you now remember Jack Dineen?

11:53:36 22     A. I think he was an elderly inmate.

11:53:39 23     Q. No; I will represent to you that Jack

11:53:42 24 Dineen was an employee of the Correctional Center

74

11:53:44 1 and he was a counselor?

11:53:46 2     A. Okay; it's starting to come back to me.

11:53:48 3     Q. Do you remember Jack Dineen -- kind of a

11:53:50 4 tall, thin guy, elderly gentleman?

11:53:53 5     A. Mmm-hmm.

11:53:53 6     Q. Do you remember that Jack Dineen treated

11:53:57 7 you with dignity and respect?

11:53:58 8     A. He treated me very well; yes.

11:54:09 9     Q. Then it says Lieutenant Cadigan was

11:54:09 10 looking into the fact that you did not have

11:54:09 11 contact visits?

11:54:09 12     A. Right.

11:54:09 13     Q. Did Lieutenant Cadigan treat you with

11:54:12 14 dignity and respect?

11:54:13 15     A. Yes.

11:54:13 16     Q. Then it says you requested an attorney

11:54:17 17 call?

11:54:17 18     A. Right.

11:54:17 19     Q. Did you --

11:54:18 20     A. (Interposing) I requested a call but I

11:54:19 21 never got it.

11:54:20 22     Q. Did you have an attorney?

11:54:21 23     A. I was going to call Ms. Wilson, the

11:54:27 24 attorney that I had, to find out exactly how much

75

11:54:35 1 time I was actually going to do.

11:54:37 2     Q. This is Attorney Wilson?

11:54:39 3     A. Yes.

11:54:39 4     Q. What's her first name?

11:54:41 5     A. Leslie.

11:54:42 6     Q. Was she your lawyer?

11:54:43 7     A. At the time, yes.

11:54:47 8     Q. Did you ever contact Attorney Wilson

11:54:47 9 about the handicap issues?

11:54:49 10     A. No.

11:54:49 11     Q. Why not?

11:54:50 12     A. Because when I did try to call her, the

11:54:57 13 first time I tried to call her, she told me I

11:55:01 14 could call if I had a problem and when I called,

11:55:03 15 they never responded. They never answered me.

11:55:07 16     Q. Who? The lawyer?

11:55:08 17     A. The lawyer.

11:55:08 18     Q. Suzanne Stucenski, do you see that?

11:55:14 19 "Inmate requesting an attorney call and I told him

11:55:17 20 to write out a request slip to Suzanne Stucenski,

11:55:20 21 who will be in on Friday." Do you remember who

11:55:23 22 that was?

11:55:23 23     A. She was a counselor.

11:55:24 24     Q. Did she treat you with dignity and

76

11:55:26 1 respect?

11:55:27 2     A. I only spoke to her once and she was

11:55:28 3 kind of tough on me a little bit but she treated

11:55:32 4 me okay.

11:55:33 5     Q. Then it says, "After speaking to

11:55:37 6 Lieutenant Cadigan, inmate Partelow will be moved

11:55:40 7 to C-4 this evening and will have contact visits."

11:55:44 8 Do you see that?

11:55:46 9     A. Mmm-hmm.

11:55:47 10     Q. Did you get contact visits at C-4?

11:55:49 11     A. When I went to C-4, yes.

11:55:51 12     Q. Was the contact visit with your

11:55:52 13 girlfriend?

11:55:53 14     A. Yes.

11:55:53 15     Q. Did that go all right?

11:55:54 16     A. That, at first, when I first got back to

11:55:58 17 C-4, it was okay.

11:56:06 18     I mean, moving over there, I didn't have

11:56:09 19 any visit that night. It was okay.

11:56:10 20     Q. Then it says, in the next paragraph,

11:56:17 21 "Inmate was not move" -- I think it probably means

11:56:21 22 "moved. Instead he was returned to A1-015 on

11:56:27 23 January 12th. As for showering, he will go to

11:56:31 24 Medical and shower there." Do you remember that

Case 3:00-cv-30203-MAP Document 163 Filed 09/12/2005 Page 26 of 34

WARREN PARTELOW vs. COMMONWEALTH OF MASS. ET AL
WARREN PARTELOW
NOVEMBER 16, 2004

**77**

1 correctly?

2 A. Yes.

3 Q. Is that when your week of showering over

4 there began?

5 A. Exactly.

6 Q. Going back to the top one, it says, "A

7 couple of issues he would like addressed. He is

8 in a handicapped cell and asked about the showers.

9 There are no handrails in the showers and fell

10 twice already. In the meantime, what does he do

11 for a shower?"

12 Is that essentially what you said to the

13 Sheriff?

14 A. Mmm-hmm.

15 Q. You need to say yes.

16 A. Yes. I was polite about it but I got to

17 the point.

18 I just asked him and I explained it to

19 him. That's when he told me what was going to

20 happen.

21 MR. McDONOUGH: Can you mark this.

22 (Defendant's Deposition Exhibit

No. 11 offered and marked.)

23

24 Q. (BY MR. McDONOUGH) I'm going to ask you

**78**

1 to read Exhibit 11 to yourself. (Indicating.)

2 A. (Witness examining document.)

3 Q. When you're done reading it,

4 Mr. Partelow, let me know and we'll move on?

5 A. Okay.

6 Q. Are you done?

7 A. Yes.

8 Q. Is this your grievance?

9 A. Yes; it is.

10 Q. So that's in your handwriting?

11 A. Yes; it is.

12 Q. Did you tell the truth in that

13 grievance?

14 A. Yes; I did.

15 Q. Do you see the response down below? If

16 you want to read it, go ahead.

17 Are you having trouble with the

18 handwriting?

19 A. Yes; I am.

20 Q. We'll go through with it. First, up at

21 the top -- excuse me for pointing again -- do you

22 see Captain Barbaro?

23 A. Yes.

24 Q. Do you know Captain Barbaro?

**79**

1 A. He's the captain that was in charge. He

2 was the one that told me that they were going to

3 be putting handrails back on the handicapped

4 showers. He didn't give me the exact date.

5 Q. Did he treat you with dignity and

6 respect?

7 A. Yes.

8 Q. Then below that, it says underneath his

9 name "ADA coordinator," doesn't it?

10 A. Yes.

11 Q. Is that your handwriting, by the way?

12 A. Where?

13 Q. Did you write Captain Barbaro there?

14 A. No.

15 Q. You didn't?

16 A. No.

17 Q. Then below that is K. Wyler. Do you

18 know Kathy Wyler who was a nurse?

19 A. Yes.

20 Q. She treated you with dignity and

21 respect?

22 A. Yes.

23 Q. Then it says Captain Brosnan. Do you

24 know Captain Tom Brosnan?

**80**

1 A. Yes; I'm getting a visual here.

2 Q. There's a lot of people to keep track of

3 here.

4 Do you remember dealing with Captain

5 Brosnan?

6 A. I've talked with him.

7 Q. Did he treat you with respect?

8 A. Yes.

9 Q. Then it says T. Vasquez. Do you know

10 who T. Vasquez is?

11 A. He was a guard, I believe.

12 Q. Did he treat you with respect?

13 A. Yes.

14 Q. Let's try to read this and then we'll

15 move on. I think it says "2/7/01." I think it

16 says, "Spoke with Doctor T. Conklin, willing to

17 shower Mr. Partelow, in Health Service Department.

18 Will coordinate with Kathy Wyler." Do you think I

19 read that correctly?

20 A. Yes.

21 Q. Then it says "2/8/00" but I think that's

22 a mistake?

23 A. Right.

24 Q. "Spoke with Nurse Wyler. You will be

Case 3:03-cv-30294-MAP    Document 61-6    Filed 09/12/2005    Page 27 of 34

**81**

12:01:14 1   able to shower in our Health Service Department.
12:01:17 2   We apologize for the inconvenience while our
12:01:20 3   showers are being redone in the unit.  Soon each
12:01:24 4   pod will have a handicapped accessible shower,
12:01:29 5   Mr. Robin Powell."  Do you think I read that
12:01:37 6   correctly?
12:01:38 7      A.  Mmm-hmm.
12:01:38 8      Q.  The staff signature, it looks like it
12:01:42 9   has Marquis something?
12:01:46 10     A.  Okay.
12:01:47 11     Q.  Did you get this response?
12:01:46 12     A.  I got what they told me was that I was
12:01:54 13   able to use the nurses' showers and they didn't
12:02:00 14   tell me that they talked to Captain Barbaro.
12:02:07 15     Q.  I just want to establish that you filed
12:02:10 16   this grievance on February 6th, right?
12:02:12 17     A.  Right.
12:02:12 18     Q.  And you got a response on the eighth,
12:02:16 19   right?
12:02:16 20     A.  Right.
12:02:16 21     Q.  And you were told that you could use the
12:02:21 22   Health Service Department showers, weren't you?
12:02:23 23     A.  Right.
12:02:23 24     Q.  And you were given an apology for the

**82**

12:02:26 1   inconvenience, right?
12:02:27 2     A.  Right.
12:02:27 3     Q.  Were you satisfied with this response?
12:02:33 4     A.  With the shower -- with the apology, I
12:02:39 5   was glad that they apologized.
12:02:45 6     I mean, with the shower thing, I thought
12:02:47 7   it was going to be for awhile and it was only a
12:02:50 8   week.  Then I went back -- when I went back to the
12:02:54 9   pod, there was still no handicapped --
12:02:58 10     Q.  (Interposing) I get you on that but you
12:02:58 11   were first told you could use the medical showers
12:03:01 12   in January.  That was the memo of Exhibit 10,
12:03:04 13   right?
12:03:04 14     A.  Right.
12:03:04 15     Q.  And you said you used them for a week?
12:03:06 16     A.  Right.
12:03:06 17     Q.  And then you were told in February that
12:03:09 18   you could use the medical showers, weren't you?
12:03:16 19     A.  They told me I could use them but that
12:03:18 20   also was for a week.
12:03:20 21     Q.  That was only for a week, too?
12:03:21 22     A.  That was only for a week.
12:03:23 23     Q.  Well, it doesn't say that there, that it
12:03:28 24   was only for a week?

**83**

12:03:27 1     A.  No; but that's all they would allow me
12:03:30 2   to use it was for a week.
12:03:31 3     Q.  So that's a second week?
12:03:32 4     A.  That was a second week.
12:03:35 5     Q.  You said that you fell about seven
12:03:40 6   times?
12:03:40 7     A.  Mmm-hmm.
12:03:41 8     Q.  Right?
12:03:41 9     A.  Right.
12:03:42 10     Q.  Each time, did you experience extreme
12:03:46 11   pain?
12:03:47 12     A.  The first two times when I fell, I was
12:03:50 13   in so much pain it just was unbearable.
12:03:57 14     Q.  Did you seek medical attention?
12:03:58 15     A.  Yes; I went to Medical and told them
12:04:01 16   what happened.
12:04:01 17     They told me -- they put ice on it and
12:04:06 18   they gave me some medicine to bring the swelling
12:04:08 19   down.
12:04:09 20     Q.  Did they ask you what happened?
12:04:10 21     A.  They asked me what happened.
12:04:11 22     Q.  Did you tell them?
12:04:11 23     A.  I explained it to them.
12:04:14 24     Q.  Did you tell them that you fell in the

**84**

12:04:15 1   shower?
12:04:16 2     A.  Yes.
12:04:16 3     Q.  Are you sure?
12:04:17 4     A.  Yes.
12:04:17 5     Q.  In fact -- so you're telling me seven
12:04:22 6   times you went to the Medical Department and you
12:04:23 7   told them that you fell in the shower?
12:04:25 8     A.  Yes.
12:04:25 9     Q.  And that you hurt your stump?
12:04:27 10     A.  Mmm-hmm.
12:04:28 11     Q.  Did all seven of these falls happen in B
12:04:40 12   Tower?
12:04:40 13     A.  No.
12:04:42 14     Q.  Did some happen in A?
12:04:44 15     A.  A couple happened in A.
12:04:45 16     Q.  So two in A and five in B?
12:04:48 17     A.  Right.
12:04:48 18     Q.  In A Tower, is that where you had the
12:04:56 19   bar but the chair was a problem?
12:04:58 20     A.  Right.
12:04:58 21     Q.  If you had a bar, why did you fall in A?
12:05:09 22     A.  Okay; the bar was loose.  From being in
12:05:14 23   the cement, it had to be recemented in there.
12:05:24 24   When I held on to it and I went to switch hands so

85

12:05:27 1  I could wash the other side of my body, it
12:05:30 2  actually pulled away from the wall and I slipped.
12:05:32 3      Q.   Did it come out of the wall completely?
12:05:35 4      A.   No; if I were to pull a little bit
12:05:37 5  harder, it would have come out.
12:05:39 6      Q.   Did both falls happen that way?
12:05:41 7      A.   Yes.
12:05:42 8      Q.   And then in B -- did you fall the same
12:05:53 9  way in B?
12:05:53 10     A.   In B Tower, they didn't -- they wanted
12:05:57 11 me to use one of the showers upstairs because they
12:06:00 12 were working on the ones downstairs.
12:06:03 13          I couldn't get up -- there's no way,
12:06:07 14 with having one leg, I was going to carry a chair
12:06:10 15 and walk up the stairs -- the staircase -- because
12:06:14 16 it goes straight up.  I asked another inmate if he
12:06:17 17 could carry the chair up for me.  He carried it.
12:06:20 18          When I got up there, somebody else had
12:06:22 19 already used the shower and put the chair in and
12:06:26 20 when I got in the shower, I went to turn and I
12:06:31 21 slipped and I came down and I hit on the side of
12:06:34 22 the chair with my leg.
12:06:35 23     Q.   This is in B?
12:06:36 24     A.   This is in B Tower.  I was quite upset

86

12:06:42 1  when that happened again.
12:06:43 2      Q.   Was there anything to hang onto?
12:06:47 3      A.   Just the chair.
12:06:48 4      Q.   Did you try to use the chair?
12:06:52 5      A.   I tried to use the chair.
12:06:53 6      Q.   Were you able to lean up against the
12:06:56 7  wall and shower?
12:06:57 8      A.   No.
12:06:57 9      Q.   It's pretty narrow, isn't it?
12:06:59 10     A.   Yes.  They are about maybe four foot,
12:07:07 11 maybe.  They are quite narrow.
12:07:10 12          If I tried to go against the wall to
12:07:12 13 shower, I probably would have fell either way
12:07:16 14 because the way those floors were when I was
12:07:21 15 there, they didn't have any grip to them.  You
12:07:26 16 know what I mean?  It was just the surface -- the
12:07:29 17 cement surface.
12:07:30 18     Q.   Before you went back to jail, were you
12:07:32 19 living at home?
12:07:33 20     A.   Yes.
12:07:33 21     Q.   What was your address at home?
12:07:35 22     A.   27 Olive Avenue.
12:07:38 23     Q.   Did you have a handicapped bathroom
12:07:40 24 there?

87

12:07:40 1      A.   I was on the first floor and it was -- I
12:07:44 2  had one of them low tubs -- one of them Hollywood
12:07:50 3  tubs -- and I could just slide in using the hand
12:07:53 4  rail there.
12:07:54 5      Q.   What did you call it?
12:07:55 6      A.   I call them Hollywood tubs because they
12:07:58 7  are low tubs.
12:07:59 8      Q.   That's a new one on me.
12:08:01 9      A.   It's for handicap people.  Instead of
12:08:03 10 having the crawfoot tub, they are the newer tubs
12:08:08 11 that they save water, I guess, and they're
12:08:14 12 adequate.
12:08:14 13     Q.   Is that a tub or a shower?
12:08:16 14     A.   Tub.
12:08:17 15     Q.   No shower?
12:08:18 16     A.   No shower.  This is where a handicapped
12:08:21 17 person that's in a wheelchair can even slide in.
12:08:24 18     Q.   Did all of your falls in B occur the way
12:08:32 19 you just described to me?
12:08:33 20     A.   Yes.
12:08:34 21     Q.   Every single one?
12:08:35 22     A.   Every single one.
12:08:35 23     Q.   Did you take showers in there when you
12:08:39 24 didn't fall?

88

12:08:39 1      A.   There was one time that I didn't fall.
12:08:44 2  I had asked one of the other inmates if he would
12:08:47 3  hold, make sure to keep me steady so I could just
12:08:51 4  shower.  He helped me so I wouldn't fall or
12:08:54 5  anything.
12:08:55 6      Q.   Only one time, you showered and you
12:08:57 7  didn't fall?
12:08:57 8      A.   No; it was more than once that I
12:09:02 9  showered when I didn't fall but -- I was actually
12:09:08 10 afraid to shower in there.
12:09:10 11     Q.   Did you take daily showers, though?
12:09:13 12     A.   Yes.
12:09:16 13          MR. McDONOUGH:  Mark this, please.
      14          (Defendant's Deposition Exhibit
               No. 12-13 offered and marked.)
12:09:56 15
12:09:56 16     Q.   (BY MR. McDONOUGH)  Number 12, that's
12:10:05 17 your inmate request to the Sheriff?  (Indicating.)
12:10:06 18     A.   Yes.
12:10:08 19     Q.   You got a response to that, didn't you?
12:10:12 20     A.   Yes.
12:10:12 21     Q.   You had a personal meeting with the
12:10:14 22 Sheriff?
12:10:15 23     A.   Right.
12:10:15 24     Q.   Exhibit 13, this is an incident report

89

12:10:19   1    written up by Captain Murphy.
12:10:21   2         Q.   Do you know who Captain Murphy is?
           3    (Indicating.)
12:10:23   4         A.   Yes.
12:10:23   5         Q.   Who is he?
12:10:24   6         A.   He's captain of A Tower, I believe.
12:10:27   7         Q.   Did he treat you with respect?
12:10:29   8         A.   Yes.
12:10:29   9         Q.   Have you seen that before? (Indicating.)
12:10:32  10         A.   (Witness examining document.)  Mmm-hmm.
12:10:59  11    This is when they put me in C-3.
12:11:05  12         Q.   Let me just go through it quickly with
12:11:11  13    you and then we'll be done with it.
12:11:14  14              Captain Murphy writes, "On the above
12:11:17  15    time and date I met with inmate Partelow regarding
12:11:21  16    an issue he had with the inmate showers in
12:11:23  17    Davis 1." Davis is A, right?
12:11:26  18         A.   Right.
12:11:27  19         Q.   "I asked him if he could access the
12:11:29  20    inmate showers in Davis 1 if I allowed him to have
12:11:31  21    a plastic chair in there and he told me it would
12:11:33  22    be too difficult" -- is that accurate?
12:11:37  23         A.   Yes.
12:11:37  24         Q.   "I told him we could provide him with a

90

12:11:40   1    handicapped-accessible shower in C-3. Inmate
12:11:44   2    Partelow was in agreement. Inmate Partelow moved
12:11:47   3    to C-3 January 10th." Is that accurate?
12:11:49   4         A.   Mmm-hmm; but they never told me I was
12:11:51   5    going to be locked down.
12:11:52   6         Q.   This was the privilege issued that we
12:11:55   7    discussed?
12:11:56   8         A.   Right.
12:11:56   9         Q.   Have you told me, by the way, all of the
12:11:58  10    privileges that you were upset about losing?
12:12:00  11         A.   Besides the visits, they didn't have any
12:12:07  12    phones where we could make a phone call home. I
12:12:12  13    was upset about that. I was upset about not
12:12:15  14    having my weekly visit.
12:12:17  15         Q.   Is there TVs in there?
12:12:20  16         A.   No; not in C-3.
12:12:23  17         Q.   Did you prefer to be in a place with TV?
12:12:25  18         A.   Yes.
12:12:25  19         Q.   Did you enjoy TV when you were in 3?
12:12:30  20         A.   When I was in B Tower, I would watch TV
12:12:36  21    but a lot of times I was drinking coffee and
12:12:38  22    playing cards.
12:12:40  23         Q.   Could you play cards in C?
12:12:41  24         A.   No.

91

12:12:41   1         Q.   Were you allowed to use the day area?
12:12:44   2         A.   No.
12:12:44   3         Q.   You were locked in your cell?
12:12:46   4         A.   Locked in your cell. The only time you
12:12:49   5    came out would be when they served the meals, they
12:12:52   6    brought the chow in, they would call you out, you
12:12:55   7    had fifteen minutes to eat and that was it.
12:12:57   8         Q.   Did you understand that there were other
12:13:01   9    people in C who did present dangers?
12:13:04  10         A.   Yes.
12:13:04  11         Q.   But not you?
12:13:04  12         A.   Right; but not me.
12:13:04  13         Q.   Did you understand that one of the
12:13:08  14    reasons for not letting you roam free in C was to
12:13:10  15    protect you from the other dangerous inmates?
12:13:13  16         A.   I understood that but I didn't know why
12:13:15  17    I was there to begin with.
12:13:17  18         Q.   So then you complained and you got out
12:13:19  19    of C?
12:13:19  20         A.   Right.
12:13:37  21              MR. McDONOUGH:  You want a take a
12:13:38  22    break?
12:16:15  23              (A recess was taken.)
12:16:15  24         Q.   (BY MR. McDONOUGH)  You were released in

92

12:16:43   1    May of '01?
12:16:44   2         A.   Right.
12:16:45   3         Q.   Have you been back to jail since then?
12:16:47   4         A.   I haven't been -- I went back in, I
12:16:55   5    think it was 2002, I think.
12:17:01   6         Q.   In Hampden County?
12:17:12   7         A.   I haven't been back in jail in a couple
12:17:24   8    of years, I know that.
12:17:25   9         Q.   Let me ask you this:  Do you have Social
12:17:30  10    Security disability?
12:17:30  11         A.   Yes.
12:17:30  12         Q.   Did you have a lawyer to help you with
12:17:32  13    that?
12:17:32  14         A.   Yes; I did.
12:17:35  15         Q.   Who was your lawyer?
12:17:35  16         A.   Jack Moriarty.
12:17:41  17         Q.   In Holyoke?
12:17:41  18         A.   Yes.
12:17:42  19         Q.   Did Mr. Moriarty represent you in any
12:17:45  20    other matter?
12:17:47  21         A.   My first divorce.
12:17:48  22         Q.   By the way, have you ever sued anyone
12:17:55  23    other than this lawsuit?
12:17:56  24         A.   No.

Case 9:03-cv-30294-MAP    Document 8    Filed 09/12/2005    Page 30 of 34

**93**

```
12:17:56  1    Q.   Has anyone ever sued you?
12:17:58  2    A.   No.
12:17:58  3    Q.   You get total disability from Social
12:18:03  4  Security?
12:18:03  5    A.   Yes.
12:18:04  6    Q.   So you aren't working?
12:18:05  7    A.   No.
12:18:06  8    Q.   A little bit about your background.  Are
12:18:10  9  you from the area?
12:18:10 10    A.   Yes.
12:18:11 11    Q.   Did you grow up in Western Mass.?
12:18:13 12    A.   I grew up in Holyoke.
12:18:14 13    Q.   Did you go to Holyoke High?
12:18:16 14    A.   I went to Holyoke High and Holyoke Trade
12:18:18 15  School.
12:18:18 16    Q.   Did you graduate?
12:18:19 17    A.   Yes.
12:18:19 18    Q.   When did you graduate?
12:18:20 19    A.   I graduated -- I was supposed to
12:18:23 20  graduate in '79 but I graduated in '80.
12:18:25 21    Q.   You were in the service, I understand?
12:18:28 22    A.   Yes.
12:18:26 23    Q.   Marine Corps?
12:18:29 24    A.   Yes.
```

**94**

```
12:18:30  1    Q.   What were the years you were in the
12:18:31  2  Marine Corps?
12:18:32  3    A.   I went in right after graduation, '80,
12:18:37  4  and I got out in '86.
12:18:40  5    Q.   Were you honorably discharged?
12:18:46  6    A.   Yes.
12:18:46  7    Q.   Did you lose your leg because of an
12:19:04  8  accident or trauma?
12:19:06  9    A.   No, I had poor circulation problems due
12:19:12 10  to smoking didn't help it, but because I was born
12:19:15 11  a preemie, everything didn't grow right.
12:19:18 12         The way the doctor explained it to me
12:19:21 13  was they did some testing and if a baby is born
12:19:34 14  normally, everything is all intact, all the
12:19:34 15  arteries and veins and things of that nature.
12:19:40 16  Because I was a preemie, my insides never grew the
12:19:45 17  way they were supposed to have grown so I was
12:19:49 18  missing -- I had certain blood vessels I didn't
12:19:53 19  have.  I wasn't born with certain blood vessels.
12:19:56 20    Q.   After you got out of jail in May, when
12:20:01 21  was the first time you went to get medical care
12:20:06 22  for your stump?
12:20:07 23    A.   The week that I had gotten out of jail.
12:20:10 24    Q.   Who did you go to?
```

**95**

```
12:20:11  1    A.   I went to the doctor that was the jail
12:20:17  2  doctor.
12:20:17  3    Q.   In May of '01 when you got out?
12:20:18  4    A.   Right; and I explained to him I was
12:20:22  5  there for a follow-up and he remembered me.  I
12:20:26  6  seen him for a little while.
12:20:26  7    Q.   Was that at the Holyoke Health Center?
12:20:30  8    A.   Yes; I seen him I think it was two or
12:20:33  9  three times and then, I don't know if he was
12:20:36 10  keeping that practice there or if he was going
12:20:38 11  someplace else but he had told me he couldn't be
12:20:43 12  my doctor any more because he was moving to
12:20:46 13  another area.
12:20:51 14    Q.   Then, after that, when was the next time
12:20:53 15  you went to obtain treatment?
12:20:56 16    A.   I went every three months to the
12:20:57 17  doctor's.
12:20:57 18    Q.   Who did you go to every three months?
12:21:00 19    A.   I would go to -- at the time I had
12:21:03 20  Doctor Rosner.  He was my main medical physician
12:21:09 21  but he's retired now.
12:21:11 22    Q.   Now you go to Snow?
12:21:13 23    A.   I go to Snow.
12:21:14 24    Q.   Same office?
```

**96**

```
12:21:15  1    A.   Same building.
12:21:18  2    Q.   Do you ever remember going to the
12:21:53  3  emergency room?
12:21:53  4    A.   Mmm-hmm.
12:21:56  5    Q.   For problems with your leg?
12:21:57  6    A.   Yes.
12:21:59  7    Q.   When did you do that?
12:22:00  8    A.   A few times.  That's when I found out
12:22:03  9  they had to do a revision because I went and I
12:22:07 10  couldn't walk with my prosthetic on and something
12:22:13 11  was definitely wrong.  I couldn't place my finger
12:22:15 12  on it.
12:22:17 13         I went to Doctor Panitch and he told me
12:22:20 14  that they had to do the revision.  I said okay.
12:22:22 15    Q.   Do you know what caused the need for a
12:22:25 16  revision?
12:22:25 17    A.   No.
12:22:28 18    Q.   Were you ever punished for complaining
12:23:07 19  about the shower situation?
12:23:07 20    A.   When they put me in C-3, sir, that was
12:23:14 21  punishment enough.
12:23:15 22    Q.   Other than that, though?
12:23:16 23    A.   No.
12:23:17 24    Q.   The punishment you felt was because the
```

97

12:23:22 1  privileges were restricted to everybody in C?

12:23:24 2      A.  Well, see, when they put me over there,

12:23:31 3  they told me that I was going to be there just to

12:23:31 4  use the showers so I was expecting to go over

12:23:35 5  there, shower, and return to my house -- which

12:23:37 6  never happened. They had me move all my stuff.

12:23:39 7      Q.  I got you, but is it correct that you

12:23:42 8  were treated the same as everyone else in C --

12:23:46 9  nobody had privileges?

12:23:47 10      A.  Right; nobody had privileges.

12:23:49 11      Q.  Other than the fact that you lost your

12:23:51 12  privileges in C when you were over there -- and by

12:23:54 13  the way, how long were you over there?

12:23:58 14      A.  I was there approximately four days to a

12:24:01 15  week.

12:24:01 16      Q.  Other than that, though, you weren't

12:24:05 17  punished for complaining about the way things were

12:24:08 18  in B, were you?

12:24:09 19      A.  No; they didn't punish me. I just

12:24:17 20  wanted to express how I felt and go through the

12:24:22 21  right channels.

12:24:29 22      MR. McDONOUGH: At this point in

12:24:30 23  time -- well, let's go off the record.

12:25:06 24      (Discussion off the record.)

98

12:25:06 1      MR. McDONOUGH: At this point in

12:25:11 2  time, I think counsel and I have an agreement that

12:25:15 3  we will conclude the deposition today based upon

12:25:19 4  an agreement that all of the Plaintiff's medical

12:25:26 5  records will be allowed in evidence should this

12:25:31 6  matter come to trial. Based upon that

12:25:35 7  understanding, I'm going to conclude the

12:25:39 8  deposition.

12:25:40 9      If counsel for Mr. Partelow does not

12:25:44 10  wish to enter into that agreement on the medical

12:25:47 11  records, I think we're just going to say within

12:25:50 12  thirty days, I'll be notified, at which point I'll

12:25:53 13  reserve the right to resume the deposition to

12:25:58 14  inquire and interrogate Mr. Partelow regarding the

12:26:01 15  particulars of his medical records.

12:26:06 16      Absent being notified within thirty

12:26:09 17  days, the agreement will be that the medical

12:26:11 18  records, both from the correctional facility and

12:26:15 19  from all of Mr. Partelow's medical providers will

12:26:19 20  go in evidence and therefore, there will be no

12:26:23 21  need to resume the deposition. Is that okay?

12:26:26 22      MR. HABHAB: Sure.

12:26:28 23      THE WITNESS: Can you explain to me

12:26:30 24  what all of that means?

99

12:26:31 1      MR. McDONOUGH: Off the record.

12:28:30 2      (Discussion off the record.)

12:28:30 3      MR. McDONOUGH: Counsel has

12:28:33 4  consulted with Mr. Partelow and so do we have an

12:28:37 5  agreement on how to proceed?

12:28:38 6      MR. HABHAB: Yes.

12:28:39 7      MR. McDONOUGH: If the medicals are

12:28:41 8  not going to go in by agreement, someone will

12:28:43 9  notify me within thirty days?

12:28:46 10      MR. HABHAB: Yes.

12:28:46 11      MR. McDONOUGH: Thank you, we'll

12:28:47 12  suspend on those conditions -- I need to ask one

12:28:54 13  more question.

12:28:56 14      Q.  (BY MR. McDONOUGH) Mr. Partelow, do you

12:28:58 15  have health insurance?

12:28:59 16      A.  I have MassHealth.

12:29:03 17      Q.  Are your medical bills being paid?

12:29:05 18      A.  Yes.

12:29:07 19      MR. McDONOUGH: Counsel, I'm sorry.

12:29:10 20      *****

21  CROSS-EXAMINATION BY MR. HABHAB

12:29:21 22      Q.  Mr. Partelow, you say -- opposing

12:29:27 23  counsel mentioned every name that was on all the

12:29:33 24  exhibits and some other names of correctional

100

12:29:36 1  guards and different personnel at the correctional

12:29:41 2  facility.

12:29:42 3      You indicated that everyone treated you

12:29:46 4  with dignity and respect. I don't think there was

12:29:46 5  one name that was mentioned that you didn't

12:29:49 6  agree --

12:29:50 7      A.  (Interposing) Right.

12:29:51 8      Q.  -- treated you with dignity and respect,

12:29:53 9  is that correct?

12:29:53 10      A.  Yes.

12:29:54 11      Q.  If that's correct, what's your problem?

12:29:59 12      A.  Well, I just wanted to find out -- you

12:30:09 13  know, I mean, they gave me respect, they gave me

12:30:18 14  some dignity but when I had asked them about the

12:30:22 15  showering incident, I had a couple of guards there

12:30:25 16  that weren't even mentioned that -- they just

12:30:30 17  thought I was pulling a fast one on them and I

12:30:32 18  said no. I explained to them what happened. Some

12:30:35 19  of them, they were there just to do a job.

12:30:38 20      I didn't talk to too many of those

12:30:41 21  guards or personnel unless it dealt with the

12:30:43 22  showering.

12:30:45 23      Q.  Do you remember the names of any of

12:30:46 24  these guards or personnel?

# WARREN PARTELOW vs. COMMONWEALTH OF MASS. ET AL
# WARREN PARTELOW
## NOVEMBER 16, 2004

---

**101**

12:30:48  1    A.    Bigelow was one of them that -- he would

12:30:53  2  talk to me but he had a real attitude when I asked

12:30:56  3  him for paperwork to fill out a grievance in B

12:31:00  4  Tower.

12:31:05  5    Q.    I think his name was mentioned.  Do you

12:31:04  6  still feel as though he treated you with dignity

12:31:06  7  and respect?

12:31:08  8    A.    Respect?  No.  He gave me a little bit

12:31:15  9  of dignity -- not much.

12:31:22  10   Q.    When you said that you didn't know the

12:31:32  11  cause for the need for the revision to your leg?

12:31:38  12   A.    Right.

12:31:40  13   Q.    Was that --

12:31:44  14   A.    (Interposing) I don't know why they

12:31:46  15  had -- they just said they had to do the revision.

12:31:50  16   Q.    Do you feel as though the revision was

12:31:52  17  in any way connected with the accident at the

12:31:58  18  Department of Correction?

12:31:59  19   A.    No; I think it had something to do with

12:32:02  20  it.

12:32:02  21   Q.    You think --

12:32:03  22   A.    (Interposing) It brought it on where I

12:32:05  23  had to get it revised.

12:32:07  24   Q.    Your accidents -- you're saying now that

---

**102**

12:32:10  1  the accidents at the correctional facility

12:32:13  2  resulted in --

12:32:15  3    A.    (Interposing) Them having to do --

12:32:16  4    Q.    -- having to do the revision?

12:32:18  5    A.    More surgery and more revision on the

12:32:20  6  leg; yes.

12:32:36  7    Q.    You also indicated that you had no

12:32:38  8  complaints with the quality of medical care.

12:32:46  9         Is that accurate or do you want to

12:32:49  10  qualify that in any respect?

12:32:50  11   A.    I mean, they did -- they treated me --

12:32:57  12  they gave me the medicine that they would give me

12:33:03  13  for that.

12:33:05  14   Q.    Let me ask you this:  After being

12:33:11  15  treated at the correctional facility, when you

12:33:12  16  got -- after you got out?

12:33:13  17   A.    Right.

12:33:13  18   Q.    You went and you had to have a revision

12:33:16  19  done?

12:33:21  20   A.    Right.

12:33:22  21   Q.    To the leg?

12:33:23  22   A.    Right; because when they did the

12:33:24  23  revision, all I know is when I got out, I had

12:33:37  24  problems due to the falls.  I went to the doctor.

---

**103**

12:33:42  1  I explained to him what happened.  He took a look

12:33:45  2  at it and he said it had to be revised or this

12:33:48  3  would just spread and I would be in trouble.

12:33:50  4         I probably could have lost more than my

12:33:52  5  leg and I wasn't going to take a chance of losing

12:33:56  6  more of my leg.

12:34:08  7    Q.    If you had to put a percentage on it,

12:34:12  8  what percentage do you think your smoking

12:34:20  9  exacerbated the problem with your circulation in

12:34:24  10  the leg?

12:34:25  11   A.    I'd say forty percent.

12:34:30  12         MR. HABHAB:  That's all I've got;

12:34:32  13  thanks.

12:34:32  14         MR. McDONOUGH:  I don't have any

12:34:34  15  more questions so I will suspend based upon the

12:34:36  16  agreement that we've already stated on the record.

12:34:36  17         MR. HABHAB:  Very good.

12:34:40  18         MR. McDONOUGH:  Thank you.

12:35:03  19         MR. HABHAB:  You have a right to

12:35:05  20  review the transcript for accuracy and make any

12:35:09  21  corrections.  If you want to do that, we can do

12:35:13  22  that.  I'll talk to you about it.

12:35:39  23         (The deposition was suspended.)

24                          *****

---

**104**

1    COMMONWEALTH OF MASSACHUSETTS
2    COUNTY OF HAMPDEN

3         I, JOANNE COYLE, a Notary Public within and
     for the Commonwealth of Massachusetts at large, do
4    hereby certify that I took the deposition of
     WARREN PARTELOW, pursuant to the Federal Rules of
5    Civil Procedure, at the offices of Egan, Flanagan
     and Cohen, P.C., 67 Market Street, Springfield,
6    Massachusetts, on November 16, 2004.

7         I further certify that the above-named
     deponent was by me first duly sworn to testify to
8    the truth, the whole truth and nothing but the
     truth concerning his knowledge in the matter of
9    the case of WARREN PARTELOW vs. COMMONWEALTH OF
     MASSACHUSETTS ET AL, now pending in the United
10   States District Court, District of Massachusetts.

11        I further certify that the within testimony
     was taken by me stenographically and reduced to
12   typewritten form under my direction by means of
     COMPUTER ASSISTED TRANSCRIPTION; and, I further
13   certify that said deposition is a true record of
     the testimony given by said witness.

14

15        I further certify that I am neither counsel
     for, related to, nor employed by any of the
16   parties to the action in which this deposition was
     taken; and further, that I am not a relative or
17   employee of any attorney or counsel employed by
     the parties hereto, nor financially or otherwise
18   interested in the outcome of the action.

19        WITNESS my hand and seal this ____ day of
     December, 2004.

20

21                    _____
                      Joanne Coyle
                      Notary Public
22                    Certified Shorthand Reporter
                      License No. 106693
23   My Commission Expires
12:35:44  May 12, 2011
24

---

## PERLIK and COYLE REPORTING





13



DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989

5 partelow

11/16/04



14

