**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**WARREN PARTELOW**

**CASE NO. 03-30294 - MAP**

**V.**

**COMMONWEALTH OF MASS**

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION FOR SUMMARY JUDGMENT on NOVEMBER 21, 2005 at 2:00 PM before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

**SARAH THORNTON**
**CLERK OF COURT**

__9/27/05__
Date

By: /s/ Elizabeth A. French
Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                 [kntchrgcnf.]
                                                               [ntchrgcnf.]