

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1698

TOM REILLY
ATTORNEY GENERAL

(617) 727-2200

March 9, 1999

Edward J. McDonough, Jr., Esq.
Egan, Flanagan & Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102-9035

Dear Mr. McDonough:

    I hereby appoint you a Special Assistant Attorney General for the purpose of representing the Sheriff of Hampden County and his employees in their official capacities, and the Commonwealth as successor to the liabilities of Hampden County and its Commissioners in their official capacities, in those cases now pending against them in which you have entered an appearance, and in such future cases brought against them as may be assigned to you by the Office of the Attorney General after consultation with you. You will be compensated by the Sheriff of Hampden County or by an insurer, as applicable, on such terms as may be agreed upon.

    Please bring the original and one copy of this appointment letter to the Office of the Secretary of State so that you may be sworn in. The time within which you may be sworn in will expire ninety days from the date of this letter.

    This appointment does not authorize you to take or defend any appeal to the appellate courts of the Commonwealth, or to any single justice session of such courts, or to appear in any court of the United States, without prior approval from the Office of the Attorney General. However, you may take immediate procedural steps necessary to preserve the Commonwealth's rights without prior approval, if such action is required on a short deadline.

    A copy of the office's Guidelines for Special Assistant Attorneys General is enclosed for your information. Particular attention is drawn to the fact that, in order to maintain a consistent legal policy for the Commonwealth, Special Assistants are subject to the authority of the Attorney General to direct their activities, except in matters referred due to conflicts of interest. It is understood that you will provide a written status report after any significant activity. Such information should be directed to Assistant Attorney General Greg Williams in the Attorney General's Springfield, Massachusetts office.

EXHIBIT 1

Edward J. McDonough, Esq.
March 9, 1999
Page 2

    You should also be aware that your service as a Special Assistant Attorney General qualifies you as a "special state employee" within the meaning of the Massachusetts Conflict of Interest Law, G.L. c. 268A, §§ 1-25, and, therefore, subjects you to the provisions of that statute.

    Your appointment will continue until completion of the proceedings in these matters, subject to the right of the Attorney General to terminate or modify the appointment, in the exercise of his discretion, at any time.

                                  Sincerely,

                                  Tom Reilly

EXHIBIT 1