## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

WARREN PARTELOW,

    Plaintiff(s)

        v.                      CIVIL ACTION NO. 3:03 -30294 -MAP

COMMONWEALTH OF MASSACHUSETTS, ET AL.,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Commonwealth of Massachusetts, et al., against the plaintiff Warren Partelow, pursuant to the court's memorandum entered this date, granting judgment for defendants on all counts.

                                            **SARAH A. THORNTON**,
                                            CLERK OF COURT

Dated:  June 23, 2006                  By  /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                              Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                      [jgm.]